# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME:  PAVEL BABICHENKO | JUVENILE: |
| DEFENSE ATTORNEY: | CR 18-0258-S EJL |
| Address: | PUBLIC or SEALED:  SEALED |
| | SERVICE TYPE:  Warrant |
| | (Summons or Warrant or |
| | Notice (if Superseding)) |
| Telephone No.: | ISSUE: |
| INVESTIGATIVE AGENT:  Christopher Sheehan, Special Agent, FBI | INTERPRETER:  Yes |
| Telephone No.: | If YES, language:  Russian, Ukrainian |
| AGENCY: | |

| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |
|---|---|

## CRIMINAL CHARGING INFORMATION

| | |
|---|---|
| CHARGING DOCUMENT:  **Indictment** | |
| Felony:  **Yes** | County of Offense:  **Ada County** |
| Class A Misdemeanor: _____ | Estimated Trial Time:  **Twelve Days** |
| Class B or C Misdemeanor: _____ | |
| (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 18 U.S.C. § 1343 | ONE | **Conspiracy to Commit Wire Fraud** | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320 | TWENTY | **Conspiracy to Traffic in Counterfeit Goods** | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 2320 | **TWENTY-ONE TWENTY-TWO TWENTY-THREE** | **Trafficking in Counterfeit Goods** | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| 18 U.S.C. § 1956(h) | THIRTY-FOUR | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to 5 years supervised release; $100 special assessment. |
|---|---|---|---|
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 08/15/18

Assistant U.S. Attorney: **Katherine Horwitz**
Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: | GENNADY BABITCHENKO |
| DEFENSE ATTORNEY: | |
| Address: | |

JUVENILE:

CR 18-0258-S EJL

U.S. COURTS

AUG 15 2018

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

PUBLIC or SEALED:  SEALED
SERVICE TYPE:  Warrant
(Summons or Warrant or
Notice (if Superseding))
ISSUE:

| | |
|---|---|
| Telephone No.: | |
| INVESTIGATIVE AGENT: | Christopher Sheehan, Special Agent, FBI |
| Telephone No.: | |
| AGENCY: | |

INTERPRETER:  YES

If YES, language:  Russian, Ukrainian

| | |
|---|---|
| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |

# CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: | **Indictment** | | |
| Felony: | Yes | County of Offense: | **Ada County** |
| Class A Misdemeanor: | | Estimated Trial Time: | **Twelve days** |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | **Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment** |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | **Conspiracy to Traffic in Counterfeit Goods** | **Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment** |
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | **Money Laundering Conspiracy** | **Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment.** |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | **Trafficking in Counterfeit Devices** | **Forfeiture of listed property** |

| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
|---|---|---|---|
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 08 | 15 | 18

Assistant U.S. Attorney: **Katherine Horwitz**
Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: PIOTR BABICHENKO | JUVENILE: |
| DEFENSE ATTORNEY: | CR 18-0258-S EJL |
| Address: | PUBLIC or SEALED: SEALED |
| U.S. COURTS | SERVICE TYPE: Warrant |
| AUG 15 2018 | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: Rcvd_____ Filed_____ Time_____ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO | ISSUE: |
| INVESTIGATIVE AGENT: Christopher Sheehan, Special Agent, FBI | INTERPRETER: YES |
| Telephone No.: | If YES, language: Russian, Ukrainian |
| AGENCY: | |
| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: **Yes** | | County of Offense: **Ada County** | |
| Class A Misdemeanor: _____ | | Estimated Trial Time: **Twelve days** | |
| Class B or C Misdemeanor: _____ (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 | TEN | **Wire Fraud** | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | NINETEEN | **Mail Fraud** | Up to 20 years imprisonment; $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | **Conspiracy to Traffic in Counterfeit Goods** | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-SEVEN | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 08/15/18

Assistant U.S. Attorney: Katherine Horwitz

Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: | TIMOFEY BABICHENKO |
| DEFENSE ATTORNEY: | |
| Address: | |

JUVENILE:

CR 18-0258-⊃EJL

U.S. COURTS

AUG 15 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

PUBLIC or SEALED:  SEALED

SERVICE TYPE:  Warrant
(Summons or Warrant or
Notice (if Superseding))

ISSUE:

Telephone No.:

INVESTIGATIVE AGENT: Christopher Sheehan, Special Agent, FBI

Telephone No.:

AGENCY:

INTERPRETER:  YES

If YES, language:  Russian, Ukrainian

| CASE INFORMATION: | RELATED COMPLAINT: |
|---|---|
| Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | CASE NUMBER: |

# CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada County** |
| Class A Misdemeanor: | | Estimated Trial Time: | **Twelve days** |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 18 U.S.C. § 2 | FOUR SIX | Wire Fraud | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | THIRTEEN FIFTEEN | Mail Fraud | Up to 20 years imprisonment; $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320 | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| 18 U.S.C. § 2320 | TWENTY-FOUR<br><br>THIRTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
|---|---|---|---|
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 08|15|18

Assistant U.S. Attorney: Katherine Horwitz
Telephone No.: 208-334-11211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: KRISTINA BABICHENKO | JUVENILE: |
| DEFENSE ATTORNEY: | CR 18-0258-SEJL |
| Address: | |
| U.S. COURTS | PUBLIC or SEALED: SEALED |
| AUG 15 2018 | SERVICE TYPE: Warrant |
| Rcvd_____ Filed_____ Time_____ | (Summons or Warrant or Notice (if Superseding)) |
| STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO | ISSUE: |
| Telephone No.: | |
| INVESTIGATIVE AGENT: Christopher Sheehan, Special Agent, FBI | INTERPRETER: YES |
| Telephone No.: | If YES, language: Russian, Ukrainian |
| AGENCY: | |
| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: **Yes** | | County of Offense: **Ada County** | |
| Class A Misdemeanor: | | Estimated Trial Time: **Twelve days** | |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 | FOUR | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | THIRTEEN | Mail Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | **THIRTY** | **Trafficking in Counterfeit devices** | **Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment** |
| 18 U.S.C. § 1956(h) | **THIRTY-FOUR** | **Money Laundering Conspiracy** | **Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment.** |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | **FORFEITURE** | **Trafficking in Counterfeit Devices** | **Forfeiture of listed property** |
| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | **FORFEITURE** | **Money Laundering Forfeiture** | **Forfeiture of listed property** |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | **FORFEITURE** | **Mail and Wire Fraud Forfeiture** | **Forfeiture of listed property** |
| 18 U.S.C. § 984 | **FORFEITURE** | **Fungible Property Forfeiture** | **Forfeiture of listed property** |

Date: 18/14/18

Assistant U.S. Attorney:  **Katherine Horwitz**

Telephone No.:  208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: NATALYA BABICHENKO | JUVENILE: |
| DEFENSE ATTORNEY: | CR 18-0258-SEJL |
| Address: | PUBLIC or SEALED: SEALED |
| U.S. COURTS | SERVICE TYPE: Warrant (Summons or Warrant or Notice (if Superseding)) |
| AUG 15 2018 | ISSUE: |
| Telephone No.: _____ Filed _____ Time STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO | |
| INVESTIGATIVE AGENT: Christopher Sheehan, Special Agent, FBI | INTERPRETER: YES |
| Telephone No.: | If YES, language: Russian, Ukrainian |
| AGENCY: | |
| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |

# CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | |
|---|---|---|
| Felony: **Yes** | County of Offense: **Ada County** | |
| Class A Misdemeanor: | Estimated Trial Time: **Twelve days** | |
| Class B or C Misdemeanor: (Petty Offense) | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | **Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment** |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | **Conspiracy to Traffic in Counterfeit Goods** | **Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment** |
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | **Money Laundering Conspiracy** | **Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment.** |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | **Trafficking in Counterfeit Devices** | **Forfeiture of listed property** |

| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
|---|---|---|---|
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: __08|14|18__

Assistant U.S. Attorney: __Katherine Horwitz__

Telephone No.: __208-334-1211__

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME:  DAVID BIBIKOV | JUVENILE: |
| DEFENSE ATTORNEY: | CR 18-0258-SEJL |
| Address: | PUBLIC or SEALED:  SEALED |
| U.S. COURTS | SERVICE TYPE:  Warrant |
| AUG 15 2018 | (Summons or Warrant or |
| Telephone No.:  Rec... Filed    Time | Notice (if Superseding)) |
| STEPHEN W. KENYON | ISSUE: |
| CLERK, DISTRICT OF IDAHO | |
| INVESTIGATIVE AGENT:  Christopher Sheehan, Special Agent, FBI | INTERPRETER:  YES |
| Telephone No.: | If YES, language:  Russian, Ukrainian |
| AGENCY: | |

| | |
|---|---|
| CASE INFORMATION:<br>Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | RELATED COMPLAINT:<br>CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | |
|---|---|
| Felony:  **Yes** | County of Offense:  **Ada County** |
| Class A Misdemeanor: | Estimated Trial Time:  **Twelve days** |
| Class B or C Misdemeanor: | |
| (Petty Offense) | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343<br>18 U.S.C. § 2 | NINE | **Wire Fraud** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | EIGHTEEN | **Mail Fraud** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | **Conspiracy to Traffic in Counterfeit Goods** | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-EIGHT<br><br>TWENTY-NINE | **Trafficking in Counterfeit devices** | **Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment** |
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | **Money Laundering Conspiracy** | **Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment.** |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | **Trafficking in Counterfeit Devices** | **Forfeiture of listed property** |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | **Money Laundering Forfeiture** | **Forfeiture of listed property** |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | **Mail and Wire Fraud Forfeiture** | **Forfeiture of listed property** |
| 18 U.S.C. § 984 | FORFEITURE | **Fungible Property Forfeiture** | **Forfeiture of listed property** |

Date: _08/14/18_

Assistant U.S. Attorney: **Katherine Horwitz**

Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME:  ANNA IYERUSALIMETS | JUVENILE: |
| DEFENSE ATTORNEY: | CR 18-0258-S EJL |
| Address:                U.S. COURTS | PUBLIC or SEALED:  SEALED |
| AUG 15 2018 | SERVICE TYPE:  Warrant |
| Rcvd_____ Filed_____ Time_____ | (Summons or Warrant or |
| STEPHEN W. KENYON | Notice (if Superseding)) |
| CLERK, DISTRICT OF IDAHO | |
| Telephone No.: | ISSUE: |
| INVESTIGATIVE AGENT:  Christopher Sheehan, Special Agent, FBI | INTERPRETER:  Yes |
| Telephone No.: | If YES, language:  Russian, Ukrainian |
| AGENCY: | |
| CASE INFORMATION: | RELATED COMPLAINT: |
| Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | CASE NUMBER: |

# CRIMINAL CHARGING INFORMATION

| | |
|---|---|
| CHARGING DOCUMENT:  **Indictment** | |
| Felony:  **Yes** | County of Offense:  **Ada County** |
| Class A Misdemeanor: | Estimated Trial Time:  **Twelve days** |
| Class B or C Misdemeanor: (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 | THREE | **Wire Fraud** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | TWELVE | **Mail Fraud** | Up to 20 years imprisonment; $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | **Conspiracy to Traffic in Counterfeit Goods** | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-FIVE | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
|---|---|---|---|
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 08/14/18

Assistant U.S. Attorney: Katherine Horwitz

Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: | MIKHAIL IYERUSALIMETS |
| DEFENSE ATTORNEY: | |
| Address: | U.S. COURTS<br>AUG 15 2018<br>Rcvd_____ Filed_____ Time_____<br>STEPHEN W. KENYON<br>CLERK, DISTRICT OF IDAHO |
| Telephone No.: | |

JUVENILE:

CR 18-0258-SEJL

PUBLIC or SEALED:  SEALED

SERVICE TYPE:  Warrant
(Summons or Warrant or Notice (if Superseding))

ISSUE:

| | |
|---|---|
| INVESTIGATIVE AGENT: | Christopher Sheehan, Special Agent, FBI |
| Telephone No.: | |
| AGENCY: | |

INTERPRETER:  YES

If YES, language:  Russian, Ukrainian

CASE INFORMATION:
Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy.

RELATED COMPLAINT:
CASE NUMBER:

# CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT:  **Indictment**

| | |
|---|---|
| Felony: **Yes** | County of Offense: **Ada County** |
| Class A Misdemeanor: _____ | Estimated Trial Time: **Twelve days** |
| Class B or C Misdemeanor: _____ | |
| (Petty Offense) | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Wire Fraud Conspiracy | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343<br>18 U.S.C. § 2 | TWO<br><br>THREE | Wire Fraud | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | ELEVEN<br><br>TWELVE | Mail Fraud | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-FIVE TWENTY-SIX | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
|---|---|---|---|
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 08/14/18

Assistant U.S. Attorney: Katherine Horwitz

Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: ARTUR PUPKO | JUVENILE: |
| DEFENSE ATTORNEY: | CR 18-0258-S EJL |
| Address:    U.S. COURTS | PUBLIC or SEALED: SEALED |
| AUG 15 2018 | SERVICE TYPE: Warrant |
| Rcvd____Filed____Time____ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: |
| INVESTIGATIVE AGENT: Christopher Sheehan, Special Agent, FBI | INTERPRETER: YES |
| Telephone No.: | If YES, language: Russian, Ukrainian |
| AGENCY: | |
| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |

# CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: **Indictment** | | | |
| Felony: **Yes** | | County of Offense: **Ada County** | |
| Class A Misdemeanor: _____ | | Estimated Trial Time: **Twelve days** | |
| Class B or C Misdemeanor: _____ (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1349** | **ONE** | **Wire Fraud Conspiracy** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| **18 U.S.C. § 1343 18 U.S.C. § 2** | **FIVE SEVEN EIGHT** | **Wire Fraud** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| **18 U.S.C. § 1341** | **FOURTEEN SIXTEEN SEVENTEEN** | **Mail Fraud** | Up to 20 years imprisonment;  up to $250,000 fine; up to five years supervised release; $100 special assessment |
| **18 U.S.C. § 2320(a), (b)(1), (f)(1)** | **TWENTY** | **Conspiracy to Traffic in Counterfeit Goods** | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| 18 U.S.C. § 2320(a), (b)(1) | THIRTY-ONE THIRTY-TWO THIRTY-THREE | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
|---|---|---|---|
| 18 U.S.C. § 1956(h) | THIRTY-FOUR | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 08/14/18

Assistant U.S. Attorney:  Katherine Horwitz

Telephone No.: _____