MCKINNIE LAW OFFICE
Jeffrey McKinnie, ISB: 7020
P.O. Box 9469
Boise, ID 83707
Ph: 208-429-0088
Fax: 208-342-4657

Attorney For Defendant

*UNITED STATES DISTRICT COURT*

*FOR THE DISTRICT OF IDAHO*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | Case No. CR18-0258-SEJL |
| vs. | **NOTICE OF APPEARANCE** |
| **ARTUR PUPKO,** | |
| Defendant. | |

PLEASE TAKE NOTICE that JEFFREY MCKINNIE, of MCKINNIE LAW OFFICE, hereby enters an appearance as the attorney of record for the Defendant in the above entitled action.

DATED this 23rd day of August, 2018.

NOTICE OF APPEARANCE

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 23, 2018, I filed the foregoing electronically through the CM/ECF system, which cause the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

United States Attorney
Washington Group, Plaza IV
800 Park Blvd. Suite 600
Boise, ID 83712
Fax: (208) 334-1413

_____/s/_____
JEFFREY MCKINNIE