MCKINNIE LAW OFFICE
Jeffrey McKinnie, ISB: 7020
P.O. Box 9469
Boise, ID 83707
Ph: 208-429-0088
Fax: 208-342-4657

Attorney For Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **ARTUR PUPKO,** Defendant. | Case No. CR18-0258-SEJL **AFFIDAVIT OF JEFFREY MCKINNIE IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

JEFFREY MCKINNIE, having been duly sworn under oath, does hereby state and affirm that I have personal knowledge regarding the captioned case and I am competent to testify as to matters concerning the above-entitled action:

1. I am a licensed attorney in Boise, Idaho;

2. I am licensed to practice law in the State of Idaho and the Federal District Court in Idaho;

3. The address of McKinnie Law Office is 1211 W. Myrtle St., #350, Boise, Idaho;

4. I am currently the attorney of record for the Defendant in the above-entitled action;

5. The Defendant in the above entitled-action is one of several persons indicted on or about the week of August 20, 2018 for alleged criminal acts involving the sell of counterfeit cellphones and money laundering, all in violation of federal law;

6. Based upon information and/or recent published reports, on or about the week of August 20, 2018, the Government also indicted several defendants in drug and weapons-related offenses, all in violation of federal law;

7. Based upon information and/or published reports, the indictments in the drug and weapons-related indictments may be connected to the indictments in the above case involving the sells of counterfeit cellphones and money laundering;

8. Based upon those reports published on or about August 24, 2018, it has come to my attention that I am currently also representing a named defendant in the drug and weapons-related indictment;

9. I have not received discovery related to either of the two indictments;

10. I have not discussed the substantive merits of the case with the Defendant in the above-entitled case or the defendant in the drug and weapons-related case;

11. Based upon my review of the State and Federal Rules of Professional Conduct, there may be a potential conflict of interests, thereby requiring that I withdraw as attorney of record in this case;

12. I have discussed my conflict of interest concerns with the Defendant in the above-entitled case;

13. Further, your affiant sayeth naught.

DATED this 27th day of August 2018.

_____
JEFFREY MCKINNIE

SUBSCRIBED AND SWORN to before me this 27th day of August, 2018.

GRICELDA JIMENEZ
NOTARY PUBLIC
STATE OF IDAHO

_____
Notary Public for Idaho
Residing at Boise, Idaho
My commission expires May 26, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 27, 2018, I filed the foregoing electronically through the CM/ECF system, which cause the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

United States Attorney
Washington Group, Plaza IV
800 Park Blvd. Suite 600
Boise, ID 83712
Fax: (208) 334-1413

_____/s/_____
JEFFREY MCKINNIE