**Gabriel McCarthy**
**McCarthy Law, PLLC**
802 W. Bannock St., Ste. 201
Boise, ID 83702
Telephone: (208) 331-5500
Facsimile: (208) 342-4200
Efiling@GabrielMcCarthy.com

**ATTORNEY FOR DEFENDANT Artur Pupko**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.  CR18-258-S-EJL |
| Plaintiff, ) | |
| ) | JOINDER IN MOTION TO |
| vs. ) | AMEND CONDITIONS OF |
| ) | RELEASE AND OPEN COURT |
| PAVEL BABICHENKO, ) | HEARINGS |
| GENNADY BABICHENKO, ) | |
| PIOTR BABICHENKO, ) | |
| TIMOFEY BABICHENKO, ) | |
| KRISTINA BABICHENKO, ) | |
| NATALYA BABICHENKO, ) | |
| DAVID BIBIKOV, ) | |
| ANNA IYERUSALIMETS, ) | |
| MIKHAIL IYERUSALIMETS, ) | |
| ARTUR PUPKO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant ARTUR PUPKO, through his attorney of record, Gabriel McCarthy, hereby joins in the Motion to Amend Conditions of Release and Open Court Hearings (dkt. no. 120) filed by Defendant ANNA IYERUSALIMETS, based upon the same grounds set forth in said motion.  Defendant ARTUR PUPKO

JOINDER IN MOTION TO AMEND CONDITIONS OF RELEASE AND OPEN COURT HEARINGS- 1

concurs in and hereby adopts the arguments set forth in said Motion as if set forth herein.

RESPECTFULLY SUBMITTED this 21ST day of September, 2018.

      /s/ Gabriel McCarthy
    GABRIEL McCARTHY

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21ST day of September, 2018, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| Recipient | Method |
|---|---|
| Samuel Richard Rubin<br>Federal Public Defender<br>Federal Defender Services of Idaho<br>702 West Idaho Street, Suite 1000<br>Boise, ID  83702 | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Kate Horwitz, Assistant U.S. Attorney<br>Office of the United States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd. Suite 600<br>Boise, ID  83712<br>khorwitz@usa.doj.gov | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Christian Nafzger, Assistant U.S. Attorney<br>Office of the Unite States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd. Suite 600 | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |

**JOINDER IN MOTION TO AMEND CONDITIONS OF RELEASE AND OPEN COURT HEARINGS- 2**

| | |
|---|---|
| Boise, ID  83712<br>cnafzger@usa.doj.gov | |
| Joel Osborne, U.S. Probation Officer<br>550 W. Fort Street<br>Boise, ID  83724<br>Joel_osborne@idp.uscourts.gov | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| John Charles DeFranco<br>Ellsworth, Kallas & DeFranco, PLLC<br>1031 E. Park Blvd.<br>Boise, ID  83712<br>jcd@greyhawklaw.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Dartanyon Gabriel Burrows<br>Elisa G. Massoth, PLLC<br>POB 1003<br>Payette, ID  83661<br>dburrows@kmrs.net | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Rob S. Lewis<br>960 Broadway #210<br>Boise, ID  83701<br>office@roblewislaw.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Greg S. Silvey<br>PO Box 5501<br>Boise, ID  83705<br>greg@idahoappeals.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| J D Merris<br>Merris and Naugle<br>913 W. River St. 420<br>Boise, ID  83702<br>jmerris@cableone.net | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Robyn Fyffe<br>Fyffe Law<br>PO Box 5681<br>Boise, ID  83705<br>robyn@fyffelaw.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Ellen Nichole Horras Smith<br>5561 N. Glenwood St. | ☐ U.S. Mail<br>☒ ECF Notification |

**JOINDER IN MOTION TO AMEND CONDITIONS OF RELEASE AND OPEN COURT HEARINGS- 3**

| | |
|---|---|
| Boise, ID  83714<br>Ellen@smithhorras.com<br><br>Paul Riggins<br>Riggins Law<br>P.O. Box 5308<br>Boise, ID 83705<br>rigginslaw@gmail.com | ☐ Overnight Mail<br>☐ Telecopy (Fax)<br><br>☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |

        /s/ Gabriel McCarthy

**JOINDER IN MOTION TO AMEND CONDITIONS OF RELEASE AND OPEN COURT HEARINGS- 4**