BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALIE BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>  Defendants. | Case No. 1:18-cr-00258-EJL<br><br>**GOVERNMENT'S MOTION FOR CONTINUANCE TO FILE REPLY BRIEF REGARDING COMPLEX CASE DESIGNATION** |

The United States of America, by and through, Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney for the District of Idaho, hereby seeks a seven-day continuance of the

deadline to file a reply brief to the originally unopposed motion for complex case designation.

On October 22, 2018, the government filed an unopposed motion for complex case designation pursuant to 18 U.S.C. § 3161(h)(7)(ii) and a trial continuance for one year. *See* ECF 134. Thereafter, seven defendants changed course and filed oppositions to this originally unopposed motion—the most recent objection was filed yesterday, November 1. *See* Objection, ECF 143. In light of the Court's scheduling order (which mandated that all objections be filed on or before October 26, 2018), ECF 136, at 3, the Government's reply is due today, November 2, pursuant to the Local Rules. *See* General Order No. 319, at 6 (requiring all reply memoranda be filed seven days after responsive memoranda). Based on the above changed circumstances, however, the Government respectfully requests that the Court grant the requested one-week continuance of the reply brief deadline to November 9, 2018.

Respectfully submitted this 2nd day of November, 2018.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:


        */s/ Katherine L. Horwitz*
        KATHERINE L. HORWITZ
        Assistant United States Attorney

GOVERNMENT'S MOTION FOR
CONTINUANCE OF REPLY BRIEF—2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2018, the foregoing GOVERNMENT'S MOTION FOR CONTINUANCE was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF filing:

| |
|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* |
| DARTANYON BURROWS<br>P.O. Box 1003<br>Payette, ID 83661<br>dburrows@kmrs.net<br>*Attorney for Gennady Babitchenko* |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* |
| GREG S. SILVEY<br>P.O. Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com<br>*Attorney for Kristina Babichenko* |

GOVERNMENT'S MOTION FOR
CONTINUANCE OF REPLY BRIEF—3

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. RICHARD RUBIN
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

GABRIEL MCCARTHY
802 W. Bannock Street, Suite 201
Boise, Idaho 83702
*Attorney for Artur Pupko*

/s/ Katherine Horwitz
Assistant United States Attorney

GOVERNMENT'S MOTION FOR
CONTINUANCE OF REPLY BRIEF—4