Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
ANNA IYERUSALIMETS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR18-258-S-BLW |
| ) | |
| Plaintiff,  ) | UNOPPOSED MOTION FOR |
| ) | DISCLOSURE OF GRAND JURY |
| vs.  ) | INSTRUCTIONS |
| ) | |
| PAVEL BABICHENKO,  ) | |
| GENNADY BABITCHENKO,  ) | |
| PIOTR BABICHENKO,  ) | |
| TIMOFEY BABICHENKO,  ) | |
| KRISTINA BABICHENKO,  ) | |
| NATALYA BABICHENKO,  ) | |
| DAVID BIBIKOV,  ) | |
| ANNA IYERUSALIMETS,  ) | |
| MIKHAIL IYERUSALIMETS,  ) | |
| ARTUR PUPKO,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

TO:   BART M. DAVIS, UNITED STATES ATTORNEY
      KATE HORWITZ, ASSISTANT UNITED STATES ATTORNEY
      JOHN CHARLES DEFRANCO, ATTORNEY FOR PAVEL
      BABICHENKO

JEFFREY BROWNSON, ATTORNEY FOR GENNADY BABITCHENKO
PAUL RIGGINS, ATTORNEY FOR PIOTR BABICHENKO
ROB S. LEWIS, ATTORNEY FOR TIMOFEY BABICHENKO
GREG S. SILVEY, ATTORNEY FOR KRISTINA BABICHENKO
J.D. MERRIS, ATTORNEY FOR NATALYA BABICHENKO
ROBYN A. FYFFE, ATTORNEY FOR DAVID BIBIKOV
ELLEN NICHOLE HORRAS SMITH, ATTORNEY FOR MIKHAIL IYERUSALIMETS
GABRIEL J. MCCARTHY, ATTORNEY FOR ARTUR PUPKO

ANNA IYERUSALIMETS, by and through her attorneys, Samuel Richard Rubin and Melissa Winberg for the Federal Defender Services of Idaho, respectfully asks the Court to authorize the government to disclose to the defense the legal instructions to the grand jury in this case. This request is unopposed.

## BACKGROUND

On August 14, 2018, the grand jury returned a thirty-four count indictment charging ten people—Ms. Iyerusalimets and nine co-defendants—with Conspiracy to Commit Wire Fraud, Wire Fraud, Mail Fraud, Conspiracy to Traffic in Counterfeit Goods, and Conspiracy to Launder Money. (ECF No. 1.)

In the course of providing discovery, the government subsequently provided a transcript of the grand jury proceedings to the defense. The government has not yet disclosed the legal instructions it gave to the grand jury. While the government is not opposed to providing those instructions to

the defense, it is not comfortable doing so without a court order authorizing the disclosure. Ms. Iyerusalimets accordingly asks the Court to authorize this disclosure to the defense.

## DISCUSSION

In this district, the government is "authorized, pursuant to Fed. R. Crim. P. 6(e), to disclose grand jury materials to the defense counsel, defense counsel support staff . . . and the defendant," with the understanding that each will "act as custodians of any grand jury information disclosed under this Procedural Order," including by "preserv[ing] and protect[ing] the confidentiality of th[e] [disclosed] information." General Order 319(I)(9).

Because grand jury instructions are "grand jury materials," General Order 319 authorizes the government to disclose them to the defense—and this Court should confirm that authorization.

Even if grand jury instructions do not qualify as "grand jury materials," an order authorizing disclosure of the government's legal instructions to the grand jury would be both lawful and in keeping with the policy of General Order 319. Unlike some grand jury materials, the government's legal instructions to the grand jury "do not implicate any of the concerns typically cited in support of grand jury secrecy." *United States v. Facteau*, 2016 WL 4445741, at *4 (D. Mass. 2016). Because of this—even in districts that do not have a standing authorization for disclosure of grand jury materials—the

government's legal instructions to the grand jury are disclosable as a matter of course, and without any showing of "particularized need." *United States v. Diaz*, 236 F.R.D. 470, 477–78 (N.D. Cal. 2006); *see United States v. Belton*, 2015 WL 181273, at *3 (N.D. Cal. Apr. 21, 2015) (collecting cases standing for the proposition that "defendants are entitled to the transcript of the instructions and charges to the grand jury" without any showing of particularized need); *see also United States v. Alter*, 482 F.2d 1016, 1029 n.21 (9th Cir. 1973) ("Alter was entitled to know the content of the court's charges to the grand jury.").

Based on this authority, and given that the government does not oppose Ms. Iyerusalimets's request for the government's instructions to the grand jury, Ms. Iyerusalimets respectfully asks the Court to authorize the government to disclose those instructions to the defense.

## CONCLUSION

For the reasons stated above, Ms. Iyerusalimets respectfully asks the Court to authorize the government to disclose the government's instructions to the grand jury that returned the indictment in this case.

-5-

Dated: March 27, 2019

Respectfully submitted,

                      SAMUEL RICHARD RUBIN
                      FEDERAL PUBLIC DEFENDER
                      By:

                      <u>/s/ Samuel Richard Rubin</u>
                      Samuel Richard Rubin
                      Federal Public Defender
                      Federal Defender Services of Idaho
                      Attorneys for Defendant
                      ANNA IYERUSALIMETS

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, UNOPPOSED MOTION FOR DISCLOSURE OF GRAND JURY INSTRUCTIONS, was served on all parties named below on this 27th day of March, 2019.

| | |
|---|---|
| Kate Horwitz, Assistant United States Attorney | |
| Office of the United States Attorney | ____United States Mail |
| Washington Group Plaza, IV | ____Hand Delivery |
| 800 Park Blvd, Suite 600 | ____Facsimile Transmission |
| Boise, ID 83712 | _X_ CM/ECF Filing |
| (208) 334-1211 | ____Email Transmission |
| (208) 334-1413 – Facsimile | |
| Kate.Horwitz@usdoj.gov | |
| | |
| John Charles DeFranco | ____ Hand Delivery |
| Ellsworth, Kallas & DeFranco, PLLC | ____ United States Mail |
| 1031 E. Park Blvd. | _X_ CM/ECF Filing |
| Boise, ID 83712 | ____ Email Transmission |
| jcd@greyhawklaw.com | |
| | |
| Jeffrey Brownson | ____ Hand Delivery |
| Law Office of Jeffrey Brownson | ____ United States Mail |
| 223 North 6th Street, Suite 215 | _X_ CM/ECF Filing |
| Boise, ID 83702 | ____ Email Transmission |
| jb@jeffreybrownsonlaw.com | |
| | |
| Paul E. Riggins | ____ Hand Delivery |
| Riggins Law | ____ United States Mail |
| POB 5308 | _X_ CM/ECF Filing |
| Boise, ID 83705 | ____ Email Transmission |
| rigginslaw@gmail.com | |
| | |
| Rob S. Lewis | ____ Hand Delivery |
| 960 Broadway #210 | ____ United States Mail |
| Boise, ID 83701 | _X_ CM/ECF Filing |
| office@roblewislaw.com | ____ Email Transmission |

-7-

Greg S. Silvey        ____ Hand Delivery  
PO Box 5501        ____ United States Mail  
Boise, ID 83705        _X_ CM/ECF Filing  
greg@idahoappeals.com        ____ Email Transmission  

J D Merris        ____ Hand Delivery  
Merris and Naugle        ____ United States Mail  
913 W. River St. 420        _X_ CM/ECF Filing  
Boise, ID 83702        ____ Email Transmission  
jmerris@cableone.net  

Robyn Fyffe        ____ Hand Delivery  
Fyffe Law        ____ United States Mail  
PO Box 5681        _X_ CM/ECF Filing  
Boise, ID 83705        ____ Email Transmission  
robyn@fyffelaw.com  

Ellen Nichole Horras Smith        ____ Hand Delivery  
5561 N. Glenwood St.        ____ United States Mail  
Boise, ID 83714        _X_ CM/ECF Filing  
ellen@smithhorras.com        ____ Email Transmission  

Gabriel J. McCarthy        ____ Hand Delivery  
401 W. Front St. Ste 302        ____ United States Mail  
Boise, ID 83702        _X_ CM/ECF Filing  
gabe@gabrielmccarthy.com        ____ Email Transmission  

Dated: March 27, 2019        /s/ Joy Fish  
                                                   Joy Fish