BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
KEVIN MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

ORIGINAL

**U.S. COURTS**

MAY 15 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>18 U.S.C. § 984<br>18 U.S.C. § 1341<br>18 U.S.C. § 1343<br>18 U.S.C. § 1349<br>18 U.S.C. § 1956(a)(1)(B)(i)<br>18 U.S.C. § 1956(a)(2)(B)(i)<br>18 U.S.C. § 1956(h)<br>18 U.S.C. § 2320(a)(1)<br>18 U.S.C. § 2320(a)(2)<br>18 U.S.C. § 2320(b)<br>18 U.S.C. § 2320(f)(1)<br>18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) |

The Grand Jury charges that:

**Introductory Allegations**

At all times relevant to this Superseding Indictment:

**The Defendants and Their Entities**

1.     PAVEL BABICHENKO was a United States citizen and brother of PIOTR

BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, and ANNA

IYERUSALIMETS.  He resided in Eagle, Idaho.  During the counterfeit trafficking conspiracy,

PAVEL BABICHENKO owned and controlled the following entities, among others:

Babichenko LLC, Midstar Distributor LLC, Midstar LLC, Midway Distributors Inc., Midway

Distributor LLC, Midway Cellular LLC, Pacific Cellular Distributor LLC, Power Moxie LLC,

and Sahara Case LLC.

2.     PIOTR BABICHENKO was a United States citizen and brother of PAVEL

BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, and ANNA

IYERUSALIMETS.  He resided in Meridian, Idaho.  During the counterfeit trafficking

conspiracy, PIOTR BABICHENKO owned and controlled the following entities, among others:

Blue Ocean Distribution LLC, Cases & More LLC, Midway Distributor LLC, Mobi LLC, Mobi

Recycle LLC, Mobile Recycle LLC, Mobi Recycling, Power Moxie LLC, and Sahara Case LLC.

3.     TIMOFEY BABICHENKO was a United States citizen and brother of PAVEL

BABICHENKO, PIOTR BABICHENKO, GENNADY BABITCHENKO, and ANNA

IYERUSALIMETS.  He resided in Boise, Idaho.  During the counterfeit trafficking conspiracy,

TIMOFEY BABICHENKO owned and controlled the following entities, among others:

Ariginall LLC, Global Distributing LLC, Global Distributors LLC, Sahara Case LLC, Wholesale

Gadgets LLC, and Wholesale Cell Phones LLC.

4.     GENNADY BABITCHENKO was a United States citizen and brother of PAVEL
BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, and ANNA
IYERUSALIMETS.  He resided in Boise, Idaho.  During the counterfeit trafficking conspiracy,
GENNADY BABITCHENKO owned and controlled the following entities, among others:
Babichenko LLC, Babichenko Dental Lab Inc., Babichenko & Sons LLC, European Denture
Center, Morning Star Christian Church Inc., Russian Christian Church, and Morning Star
Mission Inc.

5.     KRISTINA BABICHENKO was a United States citizen and married to TIMOFEY
BABICHENKO.  She resided in Boise, Idaho.  During the counterfeit trafficking conspiracy,
KRISTINA BABICHENKO owned and controlled the following entities, among others: Cell
Phone Geeks LLC, Global Distributors LLC, KayPop, and Wireless Closeouts LLC.

6.     NATALYA BABICHENKO was a United States citizen and married to PAVEL
BABICHENKO.  She resided in Boise, Idaho.  During the counterfeit trafficking conspiracy,
NATALYA BABICHENKO owned and controlled the following entities, among others: Midstar
Distributor LLC, Midstar LLC, and Midway Distributor LLC.

7.     ANNA IYERUSALIMETS (née Babitchenko) was a United States citizen and sister of
PAVEL BABICHENKO, PIOTR BABICHENKO, GENNADY BABICHENKO, and
TIMOFEY BABICHENKO.  She was married to MIKHAIL IYERUSALIMETS and lived in
Meridian, Idaho.  During the counterfeit trafficking conspiracy, ANNA IYERUSALIMETS
owned and controlled the following entities, among others:  Droid Masterz LLC, Mountain
Wireless Distributing LLC, Peg-A-Phone LLC, and Western Trade LLC.

8.     MIKHAIL IYERUSALIMETS was a United States citizen and married to ANNA
IYERUSALIMETS.  He lived in Meridian, Idaho.  During the counterfeit trafficking conspiracy,
Superseding Indictment—3

MIKHAIL IYERUSALIMETS owned and controlled the following entities, among others: Cell Zone LLC, Droid Masterz LLC, Electro Metro LLC, Mobile Rack LLC, Mountain Wireless Distributing LLC, Peg-A-Phone LLC, Western Trade LLC, Simplified Selling LLC, and Vast Trace LLC.

9.      ARTUR PUPKO was a United States citizen who lives in Meridian, Idaho.  During the counterfeit trafficking conspiracy, ARTUR PUPKO owned and controlled the following entities, among others: AlphaCell LLC, AnchorCell LLC, Cell2U4Less LLC, CellLife LLC, Cellularity LLC, and Purecell LLC.

10.     DAVID BIBIKOV was a United States citizen who lives in Meridian, Idaho.  During the counterfeit trafficking conspiracy, DAVID BIBIKOV owned and controlled the following entities, among others: Bibs Electronics LLC, Case & More LLC, CellTalk LLC, Cell Function LLC, Speedy Wireless LLC, and Tech4RLess LLC.

### The Trademark Holder–Victims

11.     Apple Incorporated ("Apple") was a multinational corporation headquartered in Cupertino, California, that designed, developed, and sold consumer electronic devices, computer software, online services, and personal computers, including a tablet computer known as the Apple iPad ("iPad"), a mobile telephone known as the Apple iPhone ("iPhone"), and a portable digital music player known as the Apple iPod ("iPod").  Apple registered and owned trademarks for the iPad, iPhone, iPod, iPhone chargers, iPhone batteries, among other items, on the principal register in the United States Patent and Trademark Office ("USPTO"), including the following Registration Numbers:  2,715,578; 3,229,791; 3,679,056; 3,669,402; 3,928,818; 4,726,737; and 4,726,738.

Superseding Indictment—4

12.     Samsung Electronics Co., Ltd., was a multinational electronics company headquartered in Suwon, South Korea, that designed, developed, and sold consumer electronic devices, computer software, online services, and personal computers, including a mobile telephone known as the Samsung Galaxy S.  Samsung registered trademarks for the Galaxy S, among other items, on the principal register in the USPTO, including the following Registration Numbers:  1,164,353; 2,214,833; 2,882,774; 2,929,519; 2,929,523; 3,673,234; 3,905,843; 4,020,438; 4,168,468; 4,188,122; 4,287,291; 4,582,755; 4,792,754; and 4,792,755.

## COUNT ONE
### Conspiracy to Commit Wire Fraud
### 18 U.S.C. §§ 1349, 1343

13.     Paragraphs One through Twelve are incorporated herein.

### The Conspiracy

14.     Beginning in or about January 2008, and continuing through on or about August 14, 2018, the defendants PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALIE BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS (collectively "Defendants"), along with others known and unknown to the Grand Jury, engaged in a scheme to defraud consumers by selling, on online platforms such as Amazon.com and eBay, as well as their own websites, counterfeit electronic devices, including counterfeit Apple and Samsung cell phones, that the defendants represented to be new and genuine.

### The Scheme to Defraud

15.     Beginning on an unknown date, but by at least January 2008, and continuing through the 14th day of August, 2018, both dates being approximate and inclusive, the defendants PAVEL

Superseding Indictment—5

BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, along with others known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice for obtaining money by means of material false and fraudulent pretenses, representations, and promises, to wit:  to defraud consumers by purchasing counterfeit electronic devices, including Apple and Samsung cell phones, to then resell as genuine and new on online platforms such as Amazon and eBay, as well as their own websites.

16.     The goal of the scheme was to enrich PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, by selling devices bearing counterfeit marks misrepresented as genuine and new.

**Manner and Means**

17.     As part of the scheme and artifice to defraud, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS misrepresented the quality and type of electronic items for sale as genuine and new on online platforms, including Amazon and eBay.

18.     The means by which Defendants and others achieved and attempted to achieve the goal of this scheme included, among others:

    (a)     Smuggling counterfeit products in bulk from Hong Kong and China.

    (b)     Repackaging counterfeit devices to appear as new and genuine devices for shipment to individual consumers.

Superseding Indictment—6

(c)     Misrepresenting the genuineness, quality, and condition of the electronic devices offered for sale on their online selling platforms.

19.     Beginning on an unknown date, but by at least the 22nd day of January, 2008, and continuing through the 14th day of August, 2018, both dates being approximate and inclusive, within the District of Idaho and elsewhere, the defendants, PAVEL BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, knowingly and willfully conspired with others, for the purpose of executing the aforesaid scheme and artifice to obtain money or property by means of materially false and fraudulent pretenses, representation and promises, and attempting to do so, to knowingly transmit and cause to be transmitted in interstate commerce, by means of a wire communication, certain writings, signs, signals, and pictures, to wit:  photographs and descriptions of electronic devices bearing counterfeit marks; communications with customers purchasing those devices; and payments for those devices.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH TEN
### Wire Fraud
### 18 U.S.C. § 1343

### Executions of the Scheme to Defraud

20.     Paragraphs One through Nineteen are incorporated herein.

21.     That on or about the dates set forth below, for the purpose of executing, and attempting to execute, part of the scheme and artifice, the defendants, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, caused to be transmitted in interstate

Superseding Indictment—7

commerce, by means of a wire communication, certain writings, signs, signals, and pictures,

which caused the misrepresented item to be purchased.

| Count | Defendant(s) | Approximate Date of Wire | Use of Interstate Wire Communications |
|-------|--------------|--------------------------|----------------------------------------|
| 2 | Mikhail Iyerusalimets | 3/7/2016 | Advertised, sold, and caused purchase of counterfeit Samsung charger listed as "authentic" on Amazon.com |
| 3 | Anna Iyerusalimets Mikhail Iyerusalimets | 3/14/2016 | Advertised, sold, and caused purchase of counterfeit Apple iPhone and Samsung charger listed as "new" on eBay.com |
| 4 | Kristina Babichenko Timofey Babichenko | 3/17/2016 | Advertised, sold, and caused purchase of counterfeit Samsung phone and battery listed as "new" on eBay.com |
| 5 | Artur Pupko | 10/24/2017 | Advertised, sold, and caused purchase of counterfeit Samsung battery listed as "new" on Amazon.com |
| 6 | Timofey Babichenko | 10/24/2017 | Advertised, sold, and caused purchase of counterfeit Apple iPhones listed as "new" on Amazon.com |
| 7 | Artur Pupko | 12/4/2017 | Advertised, sold, and caused purchase of counterfeit Apple iPhone listed as "new" on Amazon.com |
| 8 | Artur Pupko | 12/12/2017 | Advertised, sold, and caused purchase of counterfeit Samsung smartwatch listed as "new" on Amazon.com |
| 9 | David Bibikov | 12/12/2017 | Advertised, sold, and caused purchase of counterfeit Apple iPhone listed as "new" on Amazon.com |
| 10 | Piotr Babichenko | 12/12/2017 | Advertised, sold, and caused purchase of counterfeit Samsung phone listed as "new" on Amazon.com |

All in violation of Title 18, United States Code, Section 1343.

Superseding Indictment—8

## COUNTS ELEVEN THROUGH NINETEEN
### Mail Fraud
### 18 U.S.C. § 1341

22.    Paragraphs One through Nineteen are incorporated herein.

23.    Beginning on an unknown date, but by at least the 22nd day of January, 2008, and

continuing through the 14th day of August, 2018, both dates being approximate and inclusive,

within the District of Idaho and elsewhere, the defendants, TIMOFEY BABICHENKO,

KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV,

MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, did knowingly devise and

intend to devise a scheme and artifice for obtaining money by means of material false and

fraudulent pretenses, representations, and promises.

24.    That on or about the dates set forth below, for the purpose of executing, and attempting to

execute, part of the scheme and artifice, the defendants knowingly caused to be sent and

delivered by the United States Postal Service and interstate commercial carrier the following

matters and things.

| Count | Defendant | Approximate Date of Shipment | Sender | Mailed Matter |
|---|---|---|---|---|
| 11 | Mikhail Iyerusalimets | March 7, 2016 | Mobile Rack Co. | counterfeit Samsung charger |
| 12 | Anna Iyerusalimets Mikhail Iyerusalimets | March 14, 2016 | Tradewestern 2016 | counterfeit Apple iPhone and Samsung charger |
| 13 | Kristina Babichenko Timofey Babichenko | March 17, 2016 | KayPop | counterfeit Samsung phone and battery |
| 14 | Artur Pupko | October 24, 2017 | Purecell | counterfeit Samsung battery |
| 15 | Timofey Babichenko | October 24, 2017 | Ariginall | counterfeit Apple iPhone |
| 16 | Artur Pupko | December 4, 2017 | Cellularity | counterfeit Apple iPhone |

Superseding Indictment—9

| 17 | Artur Pupko | December 12, 2017 | Cell2U4Less | counterfeit Samsung smartwatch |
| 18 | David Bibikov | December 12, 2017 | Bibby's Electronics | counterfeit Apple iPhone |
| 19 | Piotr Babichenko | December 12, 2017 | Remobile | counterfeit Samsung phone |

All in violation of Title 18, United States Code, Section 1341.

### COUNT TWENTY
#### Conspiracy to Traffic in Counterfeit Goods
#### 18 U.S.C. § 2320(a), (b)(1), (f)(1)

25.     Paragraphs One through Nineteen are incorporated herein.

26.     Beginning on an unknown date, but by at least January 2008, and continuing through the 14th day of August, 2018, both dates being approximate and inclusive, within the District of Idaho and elsewhere, the defendants, PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, and others known and unknown to the grand jury, did intentionally conspire and agree with one another and other persons known and unknown to the Grand Jury to traffic in counterfeit goods, to wit: by importing and offering for sale counterfeit Apple iPhone, Apple iPhone chargers, Apple iPhone earbuds, Samsung S4 phones, Samsung S5 phones, Samsung S3 batteries, Samsung Note 4 batteries, Samsung S4 batteries, Samsung S5 batteries, Samsung chargers, labels, and packaging for the same, and thereby knowingly using counterfeit marks, to wit: U.S. Trademark Registration 2,715,578; U.S. Trademark Registration 3,229,791; U.S. Trademark Registration 3,679,056; U.S. Trademark Registration 3,669,402; U.S. Trademark Registration 3,928,818; U.S. Trademark Registration

4,726,737; U.S. Trademark Registration 4,726,738; U.S. Trademark Registration 1,164,353; U.S. Trademark Registration 2,214,833; U.S. Trademark Registration 2,882,774; U.S. Trademark Registration 2,929,519; U.S. Trademark Registration 2,929,523; U.S. Trademark Registration 3,673,234; U.S. Trademark Registration 3,905,843; U.S. Trademark Registration 4,020,438; U.S. Trademark Registration 4,168,468; U.S. Trademark Registration 4,188,122; U.S. Trademark Registration 4,287,291; U.S. Trademark Registration 4,582,755; U.S. Trademark Registration 4,792,754; and U.S. Trademark Registration 4,792,755, on and in connection with such goods, each counterfeit mark being identical with and substantially indistinguishable from a mark registered for those devices on the principal register in the United States Patent and Trademark office, and the use thereof was likely to deceive and to cause confusion and mistake, all in violation of Title 18, United States Code, Section 2320(a), (b), (f)(1).

## COUNT TWENTY-ONE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

27.     On or about the 26th day of October, 2016, in the District of Idaho, the defendant, PAVEL BABICHENKO, did intentionally traffic in goods, specifically Apple iPhone 4S and Apple iPhone 6S, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of 18 U.S.C. § 2320(a), (b).

## COUNT TWENTY-TWO
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

28.     On or about the 26th day of October, 2016, in the District of Idaho, the defendant,

PAVEL BABICHENKO, did intentionally traffic in goods, specifically Samsung S3 batteries;

Samsung Note 4 batteries; Samsung S4 batteries; Samsung S5 batteries; and Samsung phone

chargers, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,882,774,

U.S. Trademark Registration 2,929,519, U.S. Trademark Registration 2,929,523, U.S.

Trademark Registration 3,905,843, and U.S. Trademark Registration 4,792,754, on and in

connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT TWENTY-THREE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

29.     On or about the 5th day of January, 2017, in the District of Idaho, the defendant, PAVEL

BABICHENKO, did intentionally traffic in goods, specifically Apple iPhone 5S, knowingly

using a counterfeit mark, U.S. Trademark Registration 2,715,578, U.S. Trademark Registration

3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and

U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of

Title 18, United States Code, Section 2320(a), (b).

## COUNT TWENTY-FOUR
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

30.     On or about the 24th day of October, 2017, in the District of Idaho, the defendant,

TIMOFEY BABICHENKO, did intentionally traffic in goods, specifically Apple iPhone 5S,

knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S.

Trademark Registration 3,229,791, U.S. Trademark Registration 3,669,402, U.S. Trademark

Superseding Indictment—12

Registration 3,679,056, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT TWENTY-FIVE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)
### 18 U.S.C. § 2

31.    On or about the 14th day of March, 2016, in the District of Idaho, the defendants, ANNA IYERUSALIMETS and MIKHAIL IYERUSALIMETS, did intentionally traffic in devices, specifically Apple iPhone, Apple accessories, and Samsung charger, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and U.S. Trademark Registration 3,928,818, U.S. Trademark Registration 2,882,774; U.S. Trademark Registration 2,929,519, U.S. Trademark Registration 4,792,754, U.S. Trademark Registration 2,929,523, U.S. Trademark Registration 2,214,833, and U.S. Trademark Registration 4,792,755, on and in connection with such devices, all in violation of 18 U.S.C. § 2320(a), (b).

## COUNT TWENTY-SIX
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

32.    On or about the 7th day of March, 2016, in the District of Idaho, the defendant, MIKHAIL IYERUSALIMETS, did intentionally traffic in goods, specifically a Samsung charger, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,214,833, U.S. Trademark Registration 4,792,755, U.S. Trademark Registration 2,882,774, U.S. Trademark Registration 2,929,519, U.S. Trademark Registration 2,929,523, U.S. Trademark

Registration 4,792,754, and U.S. Trademark Registration 3,905,843, on and in connection with such goods, all in violation of 18 U.S.C. §§ 2320(a), (b).

### COUNT TWENTY-SEVEN
**Trafficking in Counterfeit Goods**
**18 U.S.C. § 2320(a), (b)(1)**

33.     On or about the 12th day of December, 2017, in the District of Idaho, the defendant, PIOTR BABICHENKO, did intentionally traffic in goods, specifically Samsung Galaxy S4 Phone, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,882,774, U.S. Trademark Registration 2,929,523, U.S. Trademark Registration 2,929,519, U.S. Trademark Registration 4,792,754, and U.S. Trademark Registration 3,905,843, on and in connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

### COUNT TWENTY-EIGHT
**Trafficking in Counterfeit Goods**
**18 U.S.C. § 2320(a), (b)(1)**

34.     On or about the 2nd day of December, 2016, in the District of Idaho, the defendant, DAVID BIBIKOV, did intentionally traffic in goods, specifically Apple iPhone 5S and Apple cellular telephone chargers, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

### COUNT TWENTY-NINE
**Trafficking in Counterfeit Goods**
**18 U.S.C. § 2320(a), (b)(1)**

35.     On or about the 12th day of December, 2017, in the District of Idaho, the defendant, DAVID BIBIKOV, did intentionally traffic in goods, specifically Apple iPhone 5, knowingly

Superseding Indictment—14

using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark

Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration

3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods,

all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT THIRTY
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

36.     On or about the 17th day of March, 2016, in the District of Idaho, the defendant,

TIMOFEY BABICHENKO and KRISTINA BABICHENKO, did intentionally traffic in goods,

specifically Samsung battery and Samsung Galaxy S4 cellular phone, knowingly using a

counterfeit mark, namely U.S. Trademark Registration 2,882,774, U.S. Trademark Registration

2,929,519, U.S. Trademark Registration 4,792,754, U.S. Trademark Registration 3,905,843, and

U.S. Trademark Registration 2,929,523, on and in connection with such goods, all in violation of

Title 18, United States Code, Section 2320(a), (b).

## COUNT THIRTY-ONE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

37.     On or about the 4th day of December, 2017, in the District of Idaho, the defendant,

ARTUR PUPKO, did intentionally traffic in goods, specifically Apple iPhone 5S, knowingly

using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark

Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration

3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods,

all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT THIRTY-TWO
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

38.     On or about the 12th day of December, 2017, in the District of Idaho, the defendant,

ARTUR PUPKO, did intentionally traffic in goods, specifically Samsung Gear 2 Smartwatch,

knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,214,833, U.S.

Trademark Registration 2,882,774, U.S. Trademark Registration 2,919,519, and U.S. Trademark

Registration 4,792,754, on and in connection with such goods, all in violation of Title 18, United

States Code, Section 2320(a), (b).

## COUNT THIRTY-THREE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

39.     On or about the 24th day of October, 2017, in the District of Idaho, the defendant,

ARTUR PUPKO, did intentionally traffic in goods, specifically Samsung Galaxy S5 Phone and

Samsung battery knowingly using a counterfeit mark, namely U.S. Trademark Registration

2,882,774, U.S. Trademark Registration 2,929,523, and U.S. Trademark Registration 3,905,843,

on and in connection with such goods, all in violation of Title 18, United States Code, Section

2320(a), (b).

## COUNT THIRTY-FOUR
### Trafficking in Counterfeit Devices
### 18 U.S.C. § 2320(a), (b)(1)

40.     On or about the 15th day of January, 2018, in the District of Idaho, the defendant, PIOTR

BABICHENKO, did intentionally traffic in devices, specifically a Samsung charger, knowingly

using a counterfeit mark, namely U.S. Trademark Registration 2,882,774, U.S. Trademark

Registration 2,929,823, and U.S. Trademark Registration 3,905,843, on and in connection with

such devices, all in violation of Title 18, United States Code, Section 2320(a), (b)(1).

Superseding Indictment—16

## COUNT THIRTY-FIVE
### Conspiracy to Launder Money
### 18 U.S.C. § 1956(h)

41.     Paragraphs One through Nineteen are incorporated herein.

42.     Beginning on an unknown date, but by at least by the 1st day of January, 2010, and

continuing through the 14th day of August, 2018, both dates being approximate and inclusive,

within the District of Idaho and elsewhere, the defendants, PAVEL BABICHENKO, PIOTR

BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA

BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, ANNA

IYERUSALIMETS, and MIKHAIL IYERUSALIMETS, together with others known and

unknown to the grand jury, did knowingly combine, conspire, confederate and agree to commit

certain offenses against the United States, in violation of Title 18, United States Code, Section

1956(h) as follows:

    a.      to conduct and attempt to conduct and aid and abet others to conduct financial

transactions, affecting interstate and foreign commerce, which involved the proceeds of a

specified unlawful activity, that is violations of Title 18, United States Code, Sections 2320,

1341, 1343, and 1349, knowing that the transactions were designed in whole and in part to

conceal and disguise the nature, location, source, ownership, and control of the proceeds of said

specified unlawful activity and that while conducting and attempting to conduct such financial

transactions knew that the property involved in the financial transaction represented the proceeds

of some form of unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

    b.      to transport, transmit, and transfer, and attempt to transport, transmit, and transfer,

monetary instruments and funds from places outside the United States to and through places in

Superseding Indictment—17

the United States and from places in the United States to and through places outside the United

States, knowing that the monetary instruments and funds involved represent the proceeds of

violations of Title 18, United States Code, Sections 2320, 1341, 1343, and 1349, and knowing

that such transportation, transmission or transfer is designed in whole or in part to conceal or

disguise the nature and source of the proceeds of the unlawful activity, in violation of Title 18,

United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS THIRTY-SIX THROUGH FIFTY-ONE
### Money Laundering
### 18 U.S.C. §§ 1956(a)(1)(B)(i), 2

43.     On or about the dates set forth below, each such date constituting a separate count of this

Superseding Indictment, in the District of Idaho and elsewhere, the Defendants identified below,

conducted and attempted to conduct and aid and abet others to conduct financial transactions,

affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful

activity, that is violations of Title 18, United States Code, Sections 2320, 1341, 1343, and 1349,

knowing that the transactions were designed in whole and in part to conceal and disguise the

nature, location, source, ownership, and control of the proceeds of said specified unlawful

activity and that while conducting and attempting to conduct such financial transactions knew

that the property involved in the financial transaction represented the proceeds of some form of

unlawful activity, to wit:

| Count | Defendant | Approximate Date | Monetary Transaction |
|-------|-----------|------------------|----------------------|
| 36 | Pavel Babichenko | March 25, 2014 | $105,000 check drawn on Midstar LLC Mountain West-Glacier Bank account number ending 2951, made payable to Global Distributing LLC and deposited to Chase Bank N.A. account number ending 3706 |
| 37 | Timofey Babichenko Kristina Babichenko | April 4, 2014 | $105,000 check drawn on Global Distributing LLC JPMorgan Chase Bank N.A. account number ending 3706, made payable to Gennady Babichenko, and deposited to Mountain West Bank account number ending 4486 |
| 38 | Gennady Babitchenko | July 1, 2014 | $100,000 wire transfer drawn on Gennady Babitchenko and Igor Babichenko Mountain West-Glacier Bank account number ending 4486, to Babichenko Construcoes LTDA, Joao Pessoa Brazil |
| 39 | Pavel Babichenko | August 6, 2014 | $9,900 deposit in U.S. currency into U.S. Bank account number ending 0387; $7,000 Western Union wire transfer to Brazil |
| 40 | Timofey Babichenko | January 22, 2015 January 23, 2015 | $15,860 deposit in U.S. currency into U.S. Bank account number ending 0387; $4,000 Western Union wire to Brazil |
| 41 | Kristina Babichenko Timofey Babichenko | July 27, 2015 | $30,000 wire transfer from Global Distributors LLC JPMorgan Chase N.A. account ending in 1299 to Timofey Babichenko and Kristina Popudnik JPMorgan Chase N.A. account ending 7046; $30,000 wire transfer from Timofey Babichenko and Kristina Popudnik JPMorgan Chase N.A. account ending 7046 to Cyro Visalli Terceiro in Brazil |

Superseding Indictment—19

| | | | |
|---|---|---|---|
| 42 | Kristina Babichenko Timofey Babichenko | June 23, 2016 | $101,000 check drawn on Global Distributors LLC Key Bank account number ending 1970, made payable to Gennady Babichenko, and deposited to Gennady Babitchenko and Igor Babichenko Mountain West-Glacier Bank account number ending 4486 |
| 43 | Gennady Babitchenko | July 13, 2016 | $100,000 wire transfer drawn on Gennady Babitchenko and Igor Babichenko Mountain West-Glacier Bank account number ending 4486, to Babichenko Construcoes LTDA, Joao Pessoa Brazil |
| 44 | Natalya Babichenko Pavel Babichenko | July 14, 2017 | $36,000 check drawn on Midstar Distributor LLC Mountain West Bank account number ending 6620, made payable to European Denture Center and deposited to European Denture Center Zions Bank account number ending 6243 |
| 45 | Natalya Babichenko Pavel Babichenko | April 25, 2015 | $16,000 check drawn on Natalia Babichenko Mountain West Bank account number ending 9602, made payable to Gennady Babichenko |
| 46 | Gennady Babitchenko | April 11, 2014 | $40,000 check drawn on European Denture Center Zions Bank account number ending 6243, made payable to Petr Babichenko and deposited to Cases & More LLC Chase Bank N.A. account number ending 5310 |
| 47 | Piotr Babichenko | April 15, 2014 | $40,000 wire transfer drawn on Cases & More LLC Chase Bank N.A. account number ending 5310 to Zaarn, LLC Chase Bank N.A. account ending 6830; $62,500 check drawn on Zaarn, LLC Chase Bank N.A. account ending 6830, payable to Camping World |

Superseding Indictment—20

| | | | RV Sales |
|---|---|---|---|
| **48** | Anna Iyerusalimets | July 28, 2017 | $10,000 check drawn on Mountain Wireless Distributing LLC Mountain West-Glacier Bank account number ending 7872, made payable to Gennady Babichenko and deposited to European Denture Center Zions Bank account number ending 6243 |
| **49** | Mikhail Iyerusalimets | December 22, 2014 | $14,000 cashiers check to Global Distributers, Remitter Cell Zone LLC |
| **50** | Mikhail Iyerusalimets | December 29, 2014 | $25,000 check drawn on Mountain Wireless Distributing LLC Mountain West Bank account number ending 7872 made payable to Global Distributors and deposited to Global Distributors LLC Chase Bank N.A. account number ending 1299 |
| **51** | Anna Iyerusalimets Mikhail Iyerusalimets | January 4, 2016 | $65,000 wire transfer drawn on Cell Zone LLC Mountain West-Glacier Bank account ending 5144 to Mountain Wireless Distributing LLC Mountain West-Glacier Bank account number ending 7872; $55,000 check drawn on Mountain Wireless Distributing LLC Mountain West-Glacier Bank account number ending 7872 payable to Midstar LLC and deposited in Midstar Distributor LLC Mountain West-Glacier Bank account ending 6620; $10,000 check drawn on Mountain Wireless Distributing LLC Mountain West Bank account number ending 7872 to Gennady Babichenko Mountain West Bank account ending 4511 |

All in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and 18 U.S.C. § 2.

Superseding Indictment—21

## CRIMINAL FORFEITURE ALLEGATIONS

### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2323; 21 U.S.C. § 853; 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts Twenty through Thirty-Four of this Superseding Indictment, the defendants, PAVEL BABICHENKO, GENNADY BABITCHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS and ARTUR PUPKO, shall forfeit to the United States, pursuant to 18 U.S.C. § 2323, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), any prohibited article, any property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses, or which constitutes or is derived from proceeds obtained directly or indirectly as a result of the offense. The property to be forfeited includes, but is not limited to, the following:

1. **Personal Property—Contraband and Vehicles.**

   a.   All devices bearing counterfeit marks, including seized cell phones, wrappers, and packaging, to include but not be limited to: approximately 60 Pallets (approximately 4' x 4' x 5') of seized contraband consisting of cell phones, packaging and other related items;

   b.   2010 Land Rover VIN: SALMP1E40AA307980, registered to Anna Babitchenko and Mikhail Iyerusalimets;

   c.   2012 Jeep Wrangler VIN: 1C4BJWFG9CL221841, registered to Pavel Babichenko;

   d.   2012 Can-Am ATV VIN: 3JBLKPP1XC000446, registered to Mikhail Iyerusalimets and Anna Iyerusalimets;

   e.   2013 Entegra Aspire VIN: 4VZBU1D91DC076857, registered to Gennady Babichenko;

f.      2014 Cadillac ATS VIN: 1G6AA5RA9E0185413, registered to Natalia
        Babichenko;

g.      2015 Ford F150 VIN: 1FTFW1EF0FFB06787, registered to Timofey
        Babichenko;

h.      2016 Lexus VIN: JTJHY7AX2G4189699, registered to Natalya Babichenko;

i.      2016 Harley Davidson VIN: 1HD1LF312GC443986, registered to Timofey
        Babichenko; and

j.      2018 Ford F150 VIN: 1FTFW1EG6JFA62554, registered to AlphaCell LLC
        (Pupko).

**2.   Miscellaneous Gold and Silver bars and Jewelry, including but not limited to,
the following:**

| 2980 S. Pasa Tiempo Way | Silver bar, 100 oz |
|---|---|
| | 1908 $20 US Gold St. Gaudens NGC MS65 coin |
| | 1899 $20 US Gold Liberty NGC MS63 coin |
| | 1924 $20 US Gold St. Gaudens NGC MS65 coin |
| | 1900 $20 US Gold Liberty PCGS MS65 coin |
| | 1924 $20 US Gold St. Gaudens PCGS MS65 coin |
| | 1904 $20US Gold Liberty PCGS MS64 |
| | 1999 $50 US Gold American Eagle 1 oz coin |
| | 1998 $50 US Gold American Eagle 1 oz coin |
| | 1996 $25 US Gold American Eagle ½ oz |
| 5391 N. Lolo Pass Way | 2015 $5 Canada Silver Maple Leaf 1 oz coins |
| | Gold Degussa Combi Bar 50g (50 x 1 g) |
| | 1904 $20 US Gold Liberty NGC MS63 coin |
| | 1881 $1 US Silver Morgan NGC MS64 coin |
| | 1886 $1 US Silver Morgan NGC MS64 coin |
| | 1885 $1 US Silver Morgan NGC MS64 coin |

| | |
|---|---|
| | 1884 $1 US Silver Morgan NGC MS64 coin |
| | 1904 $20 US Gold Liberty NGC MS63 coin |
| | 1924 $20 US Gold St. Gaudens PCGS MS64 coin |
| | 1924 $20 US Gold St. Gaudens PCGS MS65 |
| | 1928 $20 US Gold St. Gaudens PCGS MS64 coin |
| | 2014 $5 US Gold American Eagle 1/10 oz coin |
| | 2015 $5 US Gold American Eagle 1/10 oz coin |
| 12586 W. Bridger Drive | 30 Assorted Diamond Rings and Men's Rolex Model 16013 watch |

3. **Seized currency in the approximate sum of $53,380.22 as follows:**

| | |
|---|---|
| 2980 S. Pasa Tiempo Way | $4,982.00 |
| 2911 S. Pasa Tiempo Way | $4,246.00 |
| 9799 W. Preece St. | $10,900.00 |
| 2953 NW 8th Ave. | $9,491.00 |
| 5391 N. Lolo Pass Way | $16,866.22 |
| 7972 W. Orbit Dr. | $3,785.00 |
| 12586 W. Bridger Drive | $3,110.00 |

4. **Unrecovered Cash Proceeds and/or Facilitating Property**. The defendants named above obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendants used to facilitate the offense, but based upon actions of the defendants, the property was transferred, diminished, comingled, or is otherwise unavailable. The defendants obtained and controlled at least $10,000,000.00 in unrecovered forfeitable property.

Superseding Indictment—24

**5.   Real Property and Proceeds Thereof.**  The real property located at the following addresses.

    a.    9799 W. Preece, Boise, Ada County, Idaho, APN: R5199110330 (record owner: Stanislav Babichenko (now deceased), Elizaveta Babichenko, and Pavel Babichenko);

    b.    2935 NW 8th Ave., Meridian, Ada County, Idaho, APN: R1619240470 (record owner: Artur S. Pupko);

    c.    3080 N. Wildwood St., Boise, Ada County, Idaho, APN: R8904000635 (record owner: Morning Star Christian Church, Inc./Morning Star Pentecostal Church, Inc.);

    d.    909 N. Cole Rd., Boise, Ada County, Idaho, APN: R4207000305 (record owner: Babichenko LLC);

    e.    0 W. Chinden Blvd., Meridian, Ada County, Idaho, APN: S0419336220 (record owner: Babichenko LLC);

    f.    2051 W. Three Lakes Ct., Meridian, Ada County, Idaho, APN: R8081750200 (record owner: Timofey Babichenko); and

    g.    205 W. Logan St., Caldwell, Canyon County, Idaho, APN: 05771000 0 (record owner: Gennady Babichenko).

**6.   Foreign Real Property.**  All lots and parcels of land, together with buildings, appurtenances, improvements, fixtures, attachments and easements to include but not be limited to, residential apartment buildings, five of which are related to companies associated with the defendants and located in Brazil, in locations generally described as follows.  PARATIBE

(buildings named 171, II, III, IV through V) and two in MANGABEIRA (buildings named VI and VII), Brazil, and generally described as follows:

a.   BABICHENKO 171—Rua JULIETA CORDEIRO DE MEDEIROS, S/N Paratibe, Joao Pessoa/PB;

b.   BABICHENKO II—Rua JULIETA CORDEIRO DE MEDEIROS, S/N Paratibe, Joao Pessoa/PB;

c.

d.   BABICHENKO III—Rua JULIETA CORDEIRO DE MEDEIROS, S/N Paratibe, Joao Pessoa/PB;

e.   BABICHENKO IV—Rua JULIETA CORDEIRO DE MEDEIROS, S/N Paratibe, Joao Pessoa/PB;

f.   BABICHENKO V—containing 9 apartments, more or less, at the intersection of OSCAR LOPES and MANOEL VIEIRA GOMES streets in the PARATIBE district;

g.   BABICHENKO VI—facing RUA JANETE BELO DO SILVA in the neighborhood of Mangabeira; and

h.   BABICHENKO VII—facing RUA JOAO ROBERT DE LIMA in the neighborhood of Mangabeira.

7.   **Bank Accounts**.  All funds received on behalf of or credited to accounts, including bank accounts, investment accounts, management accounts, wherever held, in which any of the defendants had or has an interest including, but not limited to, the approximate amounts seized from the individual accounts listed below:

**Mountain West Bank:**

a.   MidStar Distributor Mountain West Bank Account
Mountain West Bank Account No. XXXXXXXX6620
Account holder(s): Pavel and Natalya Babichenko
Seized currency:  approximately $396,321.39

b.   Babichenko LLC

Mountain West Bank Account XXXXXXXX3168
Account holder(s):  Pavel and Gennady Babichenko,
Seized currency:  approximately $719.69

c.     Power Moxie LLC
Mountain West Bank Account XXXXXXXX8410
Account holder(s): Timofey and Pavel Babichenko
Seized currency:  approximately $9,501.03

d.     Sahara Case LLC
Mountain West Bank Account XXXXXXXX8429
Account holder(s): Timofey, Natalya, and Pavel Babichenko
Seized currency:  approximately $48,675.69,
$11,066.26 (CC #010684) and $7,766.92 (CC #033900)

e.     TrustTell LLC
Mountain West Bank Account XXXXXXXX0660
Account holder(s):  Piotr Babichenko
Seized currency:  approximately $5.00

f.     Go Cell LLC
Mountain West Bank Account XXXXXXXX0679
Account holder(s):  Piotr Babichenko
Seized currency:  approximately $1,565.21

g.     Rubiks Cube LLC
Mountain West Bank Account XXXXXXXX3600
Account holder(s):  Piotr Babichenko and Mikhail Iyerusalimets
Seized currency:  approximately $302.37

h.     Blue Ocean Distributing LLC
Mountain West Bank Account XXXXXXXX4046
Account holder(s):  Piotr Babichenko
Seized currency:  approximately $100.00

i.     Boss Electronics LLC
Mountain West Bank Account XXXXXXXXX7081
Account holder(s):  Timofey Babichenko
Seized currency:  approximately $6,799.44

j.     Smart Purchase LLC
Mountain West Bank Account XXXXXXXXX8347
Account holder(s):  Timofey Babichenko
Seized currency:  approximately $149,108.49

k.   Advantage Wireless LLC
     Mountain West Bank Account XXXXXXXX2418
     Account holder(s):  Mikhail Iyerusalimets
     Seized currency:  approximately $38.52

l.   Mountain Wireless Distributing LLC
     Mountain West Bank Account XXXXXXXX7872
     Account holder(s):  Anna Iyerusalimets and Mikhail Iyerusalimets
     Seized currency:  approximately $8,255.79

m.   Metropolitan Brothers LLC
     Mountain West Bank Account XXXXXXXXX2636
     Account holder(s): Vasiliy Iyerusalimets and Mikhail Iyerusalimets
     Seized currency:  approximately $6,969.54

n.   Simplified Selling LLC
     Mountain West Bank Account XXXXXXXXX6274
     Account holder(s): Mikhail Iyerusalimets
     Seized currency:  approximately $31,480.14 and
     $12,504.41 (CC #1010)

o.   Zovna LLC
     Mountain West Bank Account XXXXXXX2627
     Account holder(s): Zoya Babichenko
     Seized currency:  approximately $4.90

**Zions Bank:**

a.   Morning Star Church
     Zions Bank Account XXXXX7197
     Account holder(s): Vasiliy Rudyi, Boris Goretoy, and Tim Babichenko
     Seized currency:  approximately $24,700.09

b.   Morning Star Church
     Zions Bank Account XXXXX7189
     Account holder(s): Vasiliy Rudyi, Boris Goretoy, Stanislav Babichenko, and
     Natalie Babichenko
     Seized currency:  approximately $266,798.73

c.   Natalia Babichenko
     Zions Bank Account XXXXX7644
     Account holder(s): Gennady and Yaraslava Babichenko
     Seized currency:  approximately $103,309.97

## Chase Bank:

a.   Alphacell LLC
     Chase Account No. XXXXX7022
     Account Holder(s): Arthur S. Pupko
     Seized currency:  approximately $9,647.26

b.   Alphacell LLC
     Chase Account No. XXXXXX0125
     Account Holder(s): Arthur S. Pupko
     Seized currency:  approximately $30,577.19

c.   Artur S. Pupko
     Chase Account No. XXXXXX1850
     Account Holder(s):  Arthur S. Pupko
     Seized currency:  approximately $2,330.15 and $16.74

d.   Cellularity LLC
     Chase Account No. XXXXX0117
     Account Holder(s): Arthur S. Pupko
     Seized currency:  approximately $68.56

e.   Cell2U4Less LLC
     Chase Account No. XXXXX0962
     Account Holder(s): Artur Sergeryevich Pupko
     Seized currency:  approximately $119,857.09 and $24,210.59

f.   Arthur S. Pupko
     Chase Account No. 5851
     Account Holder(s):  Arthur S. Pupko
     Seized currency:  approximately $53.73

g.   FAST SHIP LLC
     Chase Account No. 0016
     Seized currency:  approximately $3.20

h.   PURECELL LLC
     Chase Account No. 9960
     Seized currency:  approximately $2,144.54

## Washington Federal Bank:

a.   Global Distributors LLC
     WA Federal Account No. XXX-XXXX41-12
     Account Holder(s):  Kristina Babichenko, Timofey S. Babichenko

Seized currency:  approximately $82,704.31

b.  Mountain Wireless Distributing LLC
WA Federal Account No. XXX-XXXX79-00
Account Holder(s): Mikhail M. Iyerusalimets
Seized currency:  approximately $27,237.76

c.  iTab LLC
WA Federal Account No. XXX-XXXX42-60
Account Holder(s): Timofey Babichenko
Seized currency:  approximately $2,126.33

d.  Arginall LLC
WA Federal Account No. XXX-XXXX42-52
Account Holder(s): Tim Babichenko
Seized currency:  approximately $980.73

**Icon Credit Union:**

a.  Xtrememobile LLC
ICON Member Account No. X5573
Account Holder(s): David V. Bibikov
Seized currency: approximately $122,611.65

b.  Electro Metro LLC
ICON Member Account No. X7687
Account Holder(s): Mikhail Iyerusalimets
Seized currency: approximately $88.34

c.  Speedy Wireless LLC
ICON Member Account No. X7324
Account Holder(s): David Bibikov
Seized currency:  approximately $216,016.53 and $43,895.12

d.  David V. Bibikov
ICON Member Account No. X4511
Account Holder(s):  David Bibikov
Seized currency:  approximately $1,171.10 and $14,818.16

**Wells Fargo Bank:**

a.  Kristina and Timofey Babichenko
Wells Fargo Account No. XXXXXX5152
Account Holder(s): Kristina and Timofey Babichenko

Seized currency: approximately $120,583.37 and $181.96

b. Kristina and Timofey Babichenko
Wells Fargo Account No. XXXXXX2293
Account Holder(s): Kristina and Timofey Babichenko
Seized currency: approximately $77,618.30

**8. Amazon Accounts:**

The approximate sum of $40,589.29 seized from Amazon Accounts on or about

December 12, 2018, from the following accounts:

Timbo/Silverback Cellular
Account holder(s): Tim and Kristina Babichenko
Account No. xxxxxx1190
Seized: Approximately $23.16

KayPop/Kristinia's Store
Account holder(s): Kristina Popudnik
Account No. xxxxxx7441
Seized: Approximately $8.26

Purcell
Account No. xxxxxxx4315
Seized: Approximately $1,424.79

Cellular ITS LLC/Cellularity
Account No. xxxxxxx0305
Seized: Approximately $39,133.05

9. **Business Property and Proceeds Thereof:** All businesses and business property

involved in or obtaining proceeds of the charged allegations, including, but not limited to, the

following:

Babichenko Construction, Inc., aka Babichenko Construcoes, Inc.
Blue Ocean Distribution LLC
Alphacell LLC
Babichenko LLC
Cases and More, LLC
Cell2U4Less, LLC

Superseding Indictment—31

Cell Zone, LLC
European Denture Center
Global Distributing, LLC
Global Distributors, LLC
Midstar Construcoes, Inc.
Midstar Distributor LLC
Midstar LLC
Midway Distributors Inc.
Midway Distributor LLC
Midway Cellular LLC
Mobi LLC
Mobi Recycle LLC
Mobi Recycling
Mountain Wireless Distributing LLC
Pacific Cellular Distributor LLC
Power Moxie LLC
Sahara Case LLC
Zaarn LLC

### Money Laundering Forfeiture
### 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts Thirty-Five through Fifty One of this Superseding Indictment, the defendants, PAVEL BABICHENKO, GENNADY BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALIE BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS and ARTUR PUPKO, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c), any property, real and personal, which constitutes or is derived from proceeds traceable to said violations, and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses, including the real and personal property set out in the above criminal forfeiture allegation for Trafficking of Counterfeit Goods or Services, which property is realleged and incorporated herein.

Superseding Indictment—32

### Mail and Wire Fraud Forfeiture
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One through Nineteen of this Superseding Indictment, the defendants, PAVEL BABICHENKO, GENNADY BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALIE BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS and ARTUR PUPKO, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the scheme to defraud of which the defendants are convicted, including the real and personal property set out in the above criminal forfeiture allegation for Trafficking of Counterfeit Goods or Services, which property is realleged and incorporated herein.

### Fungible Property as to All Forfeiture Allegations

Pursuant to 18 U.S.C. § 984, the government will seek forfeiture of fungible property.

### Substitute Assets as to All Forfeiture Allegations

Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture.  The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a.   Cannot be located upon the exercise of due diligence;

b.   Has been transferred or sold to, or deposited with, a third person;

c.   Has been placed beyond the jurisdiction of the court;

d.   Has been substantially diminished in value; or

e.    Has been commingled with other property which cannot be subdivided without

difficulty.

Dated this 14th day of May, 2019.

A TRUE BILL

/s/ [signature on reverse]

_____
Foreperson

BART M. DAVIS
United States Attorney
By:

Katherine Horwitz
Assistant United States Attorney

Superseding Indictment—34