# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　　Plaintiff.<br>v.<br><br>**ARTUR PUPKO,**<br>　　　　　　　　　　Defendant. | Case No.: **18-CR-258-S-BLW**<br>ACKNOWLEDGMENT AND<br>WRITTEN PLEA OF<br>NOT GUILTY TO<br>SUPERSEDING INDICTMENT |

I acknowledge that I have received a copy of the Superseding Indictment dated **5/15/19**, and am aware of the charge(s) against me. I have reviewed those charge(s) listed in the Superseding Indictment with counsel.

I acknowledge that the superseding indictment does not include any new counts or substantial amendments to the criminal counts against me. Only technical or minor changes have been made to the indictment.

I acknowledge that the changes made in the Superseding Indictment do not affect the maximum penalty, or implicate an additional thirty (30) days to prepare for trial under 18 USC §3161(c)(2).

I further acknowledge that an arraignment has been set for **May 29, 2019 1:30 p.m in Boise before Judge Candy W. Dale**, in this matter and that I have a right to appear in open court with my attorney to enter my plea to the charge(s) in the Superseding Indictment.

I acknowledge that I am required to enter a plea to these charge(s) and elect to file a written plea of not guilty to the count(s) listed in the Superseding Indictment.

Therefore, my plea to each count charged in the Superseding Indictment is **NOT GUILTY** and, I hereby consent to having my plea entered by the court without my appearance.

I further acknowledge that the conditions of my release previously set remain in effect and I remain bound thereby,

I also acknowledge that my trial on this Superseding Indictment remains **set July 29, 2019 1:30 p.m, before U.S. District Judge B. Lynn Winmill.**

DATED: 5/28/19

_____
Signature of Defendant

_____
Signature of Attorney for Defendant

### ACCEPTANCE OF WRITTEN NOT GUILTY PLEA

The above written Not Guilty Plea of defendant, **ARTUR PUPKO** is hereby accepted by this court and entered into the record.

DATED: 5/28/2019

_____
Signature of U.S. Magistrate Judge
Candy W. Dale, U.S. Magistrate Judge