UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ARTUR PUPKO<br><br>        Defendant. | Case No. 1:18-CR-258-BLW<br><br>**ORDER APPOINTING CJA COUNSEL** |

Because the above-named has testified under oath or has otherwise satisfied the court that he is financially unable to employ counsel and do not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED Thomas B. Dominick , CJA attorney for the District of Idaho is appointed to represent Defendant Artur Pupko in these proceedings.

DATED: **December 12, 2019**

B. Lynn Winmill
United States District Judge

**ORDER APPOINTING CJA COUNSEL –1**