Silvey Law Office Ltd
Greg S. Silvey, Attorney
ISB # 5139
P.O. Box 5501
Boise, Idaho 83705
(208) 286-7400
ECF:greg@idahoappeals.com

Attorney for Defendant
Kristina Babichenko

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | DC No. CR-18-258-S-EJL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DEFENDANT KRISTINA |
| vs. | ) | BABICHENKO'S NOTICE OF |
| | ) | JOINDER IN MOTION TO |
| | ) | DISMISS SUPERSEDING |
| KRISTINA BABICHENKO, ET AL, | ) | INDICTMENT FOR ETHNICALLY |
| | ) | SELECTIVE PROSECUTION AND |
| Defendants. | ) | ENFORCEMENT [Dkt. 364.] |
| | ) | |
| | ) | |

COMES NOW, Defendant KRISTINA BABICHENKO, by and through her attorney of record Greg S. Silvey, and hereby joins in the Motion to Dismiss Superseding Indictment for Ethnically Selective Prosecution and Enforcement filed by Defendant Anna Iyerusalimets (Dkt. 364), based upon the same grounds set forth in said motion. Defendant KRISTINA BABICHENKO concurs in and hereby adopts the arguments set forth in the motion as if set forth herein.

DATED This 26th day of February, 2020.

/s/
Greg S. Silvey
Attorney for Defendant
greg@idahoappeals.com

Notice of Joinder in Motion to Dismiss-1

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2020, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov

Christian S. Nafzger
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Christian.Nafzger@usdoj.gov

Tim Flowers
U.S. Department of Justice
1301 New York Ave. NW, Suite 600
Washington, D.C. 20530
Timothy.Flowers2@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

Notice of Joinder in Motion to Dismiss-2

Jeffrey E. Brownson
223 N. 6th St, Ste. 215
Boise, ID 83702
jb@jeffreybrownsonlaw.com
*Attorney for Gennady Babichenko*

J.D. Merris
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. Richard Rubin
Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Thomas B. Dominick
500 W. Bannock Street
Boise, Idaho 83702
tom@dominicklawoffices.com
*Attorney for Artur Pupko*

                                                             <u>/s/ Greg S. Silvey</u>