J. D. Merris (ISB No. 2386)
671 East Riverpark Lane, Suite 210
Boise, ID 83706
Telephone: (208) 336-2060
Facsimile: (208) 336-2059
jmerris@cableone.net

Attorney for Defendant Natalya Babichenko

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BEBICHENKO,<br>DIVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>Defendants. | Case No. CR 18-0258-S-BLW<br><br>**DEFENDANT NATALYA BABICHENKO'S NOTICE OF JOINDER IN ANNA IYERUSALIMETS' MOTION TO DISMISS SUPERSEDING INDICTMENT FOR ETHNICALLY SELECTIVE PROSECUTION AND ENFORCEMENT** |

Defendant Natalya Babichenko, through her attorney, gives notice that she joins in the Motion to Dismiss Superseding Indictment for Ethnically Selective Prosecution and Enforcement (Dkts. 364 & 365).  Defendant Natalya Babichenko adopts the arguments set forth in said Motion.

Respectfully submitted this 27th day of February, 2020.

_____/s/_____
J. D. Merris
Attorney for Defendant Natalya Babichenko

**DEFENDANT NATALYA BABICHENKO'S NOTICE OF JOINDER IN ANNA IYERUSALIMETS' MOTION TO DISMISS SUPERSEDING INDICTMENT FOR ETHNICALLY SELECTIVE PROSECUTION AND ENFORCEMENT - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons.

Bart M. Davis
United States Attorney
Katheryn Horwitz and
Christian Nafzger
Assistant United States Attorneys
kate.horwitz@usa.doj.gov
Christian.Nafzger@usa.doj.gov
MK Plaza, Plaza IV
800 Park Blvd., Suite 600
Boise ID 83712

Timothy Flowers
U.S. Department of Justice
Criminal Division
Timothy.Flowers2@usdoj.gov
1301 New York Ave., NW, Suite 600
Washington, D.C. 20530

Other parties as more fully reflected
on the Notice of Electronic Filing

_____/s/_____.
J. D. MERRIS

**DEFENDANT NATALYA BABICHENKO'S NOTICE OF JOINDER IN ANNA IYERUSALIMETS' MOTION TO DISMISS SUPERSEDING INDICTMENT FOR ETHNICALLY SELECTIVE PROSECUTION AND ENFORCEMENT - 2**