J. D. Merris (ISB No. 2386)
671 East Riverpark Lane, Suite 210
Boise, ID 83706
Telephone: (208) 336-2060
Facsimile: (208) 336-2059
jmerris@cableone.net

Attorney for Defendant Natalya Babichenko

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BEBICHENKO,<br>DIVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>　　　　Defendants. | Case No. CR 18-0258-S-BLW<br><br>**DEFENDANT NATALYA BABICHENKO'S NOTICE OF JOINDER IN MOTION TO DISMISS FOR MISCONDUCT BEFORE THE GRAND JURY** |

Defendant Natalya Babichenko, through her attorney, hereby joins in the Motion to Dismiss for Misconduct Before the Grand Jury (Dkt. No. 374) upon the same grounds set forth in said Motion. Defendant Natalya Babichenko adopts the arguments set forth in said Motion.

Respectfully submitted this 27th day of February, 2020.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　J. D. Merris
　　　　　　　　　　　　　　　　　Attorney for Defendant Natalya Babichenko

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons.

>Bart M. Davis
>United States Attorney
>Katheryn Horwitz and
>Christian Nafzger
>Assistant United States Attorneys
>kate.horwitz@usa.doj.gov
>Christian.Nafzger@usa.doj.gov
>MK Plaza, Plaza IV
>800 Park Blvd., Suite 600
>Boise ID 83712
>
>Timothy Flowers
>U.S. Department of Justice
>Criminal Division
>Timothy.Flowers2@usdoj.gov
>1301 New York Ave., NW, Suite 600
>Washington, D.C. 20530
>
>Other parties as more fully reflected
>on the Notice of Electronic Filing

>_____/s/_____.
>J. D. MERRIS