RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY C. FLOWERS, TENNESSEE BAR NO. 030151
SENIOR TRIAL ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br><br>　　　　Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY TO RESPONSE TO MOTION TO EXCLUDE FORENSIC CELLPHONE EXPERTS (ECF 796)** |

　　　　The United States of America, by and through, Rafael M. Gonzalez, Jr., Acting United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorneys for the District of Idaho, hereby seeks a two-week continuance of the deadline to file its reply to Defendant Anna Iyerusalimets' Response to the Government's

GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION—1

Motion to Limit Expert Testimony Regarding Digital Forensic Experts (ECF 787). Defendant Anna Iyerusalimets does not oppose this requested extension.

As currently scheduled, the Government's reply is due April 7, 2021, pursuant to Local Rules. *See* General Order No 319, at 6. The Government needs an additional two-weeks to reply to this response, however, to consult with the trademark holder experts—one of whom is traveling to Boise, Idaho in mid-April to review the physical evidence. This request is necessary to substantively respond to the defense's invocation of the defense outlined in *United States v. Hanafy*, 302 F.3d 485 (5th Cir. 2002): namely, that they simply repacked genuine products. *See* ECF 796, at 5–7. Of course, any delay at this stage in the litigation is less than ideal. But the present request is reasonable given the Government's need to consult with its own experts and the recent filing of the notice challenged in the motion. *Compare* ECF 296, at 2 (establishing deadline for Defendants to file expert notices as March 1, 2020), *with* Notice ECF 768 (filed March 3, 2021).

Based on the above, the Government respectfully requests that the Court grant the unopposed two-week continuance of its reply deadline to April 21, 2021.

Respectfully submitted this 6th day of April, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

 */s/ Katherine L. Horwitz*
KATHERINE L. HORWITZ
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2021, the foregoing UNOPPOSED MOTION FOR EXTENSION was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF filing:

| |
|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* |
| JEFFREY BROWNSON<br>223 North 6th Street, Suite 215<br>Boise, Idaho 83702<br>*Attorney for Gennady Babitchenko* |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* |
| GREG S. SILVEY<br>P.O. Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com<br>*Attorney for Kristina Babichenko* |

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

MELISSA WINBERG
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
Melissa_Winberg@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

/s/ Katherine Horwitz
Assistant United States Attorney

GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION—4