251



# CERTIFICATE OF ORGANIZATION
# LIMITED LIABILITY COMPANY

(Instructions on back of application)

**FILED EFFECTIVE**
2013 JAN 15 AM 11:45

SECRETARY OF STATE
STATE OF IDAHO

1. The name of the limited liability company is:
   **STAR-KS LLC**

2. The complete street and mailing addresses of the initial designated office:
   **902 N. Gray cloud Way, Meridian, ID 83642**
   (Street Address)

   (Mailing Address, if different than street address)

3. The name and complete street address of the registered agent:
   **Anna Babichenko**   **902 N. Gray cloud Way, Meridian ID, 83642**
   (Name)                (Street Address)

4. The name and address of at least one member or manager of the limited liability company:

   | Name | Address |
   |---|---|
   | Anna Babichenko | 902 N. Gray cloud way, Meridian ID, 83642 |

5. Mailing address for future correspondence (annual report notices):
   **902 N. Gray cloud Way, Meridian ID 83642**

6. Future effective date of filing (optional): _____

**EXHIBIT A**

Signature of a manager, member or authorized person.

Signature _ABelly_
Typed Name: **Anna Babichenko**

Signature _____
Typed Name: _____

Secretary of State use only

IDAHO SECRETARY OF STATE
01/15/2013  05:00
CK: 1139  CT: 278236  BH: 1355838
1 @ 100.00 = 100.00  ORGAN LLC # 2

9/21/2012       cert_org_llc Rev. 07/2010

W120942