280



# RESTATEMENT OF CERTIFICATE OF ORGANIZATION LIMITED LIABILITY COMPANY

Title 30, Chapters 21 and 25, Idaho Code
Filing fee: $30 typed, $50 not typed
Complete and submit the application in **duplicate**.

**FILED EFFECTIVE**

2016 AUG 22  AM 11:07

SECRETARY OF STATE
STATE OF IDAHO

1a. The name of the limited liability company is:
Simplified Selling LLC

2a. The date the certificate of organization was filed: 4-6-2016

### The Certificate of Organization is restated to:

1. The name of the limited liability company is:
Simplified Selling LLC

2. The complete street and mailing addresses of the principal office is:
9799 W. Preece St. Boise ID 83713
(Street Address)

(Mailing Address, if different)

3. Registered agent name and address:
Mikhail iyerusalimets     9799 W. Preece St. Boise ID 83713
(Name)                    (Address)
Registered agent signature: _____
(New registered agent must sign here)

4. Mailing address for future correspondence:
9799 W. Preece St. Boise ID 83713
(Address)

5. The name and address of at least one manager or member:
Mikhail iyerusalimets     9799 W. Preece st. boise ID 83713
(Name)                    (Address)

(Name)                    (Address)

(Name)                    (Address)

Secretary of State use only

6. Signature of a manager, member, or an authorized person.
Printed Name: Mikhail iyerusalimets
Signature: _____

Printed Name: Pavel Lazukin
Signature: _____

Rev. 08/2015

IDAHO SECRETARY OF STATE
08/22/2016 05:00
CK:4140536 CT:172099 BH:1542861
1 @ 30.00 = 30.00 ARAOLLC #3
W1648835

**EXHIBIT B**