254

# AMENDMENT TO CERTIFICATE OF ORGANIZATION LIMITED LIABILITY COMPANY

Title 30, Chapters 21 and 25, Idaho Code
Base Filing fee: $30.00.
Complete and submit the application in <u>duplicate</u>.

**FILED EFFECTIVE**

2017 FEB 23 PM 1: 13
SECRETARY OF STATE
STATE OF IDAHO

1. The name of the limited liability company is:
   Metro Finish LLC

2. The date the certificate of organization was originally filed: 12/8/2016

3. The name of the limited liability company is amended to:
   Metropolitan Brothers LLC

4. The complete street and mailing addresses of the principal office is amended to:

   (Street Address)

   (Mailing Address, if different)

5. The mailing address for future correspondence (annual reports) is amended to:

   (Address)

6. The name and address of the managers/members shall be amended as follows:

   Add: ☐  Delete: ☐  _____(Name)_____(Address)_____

   Add: ☐  Delete: ☐  _____(Name)_____(Address)_____

   Add: ☐  Delete: ☐  _____(Name)_____(Address)_____

7. Signature of a manager, member, or authorized person.

   Printed Name: Mikhail iyerusalimets
   Signature: _[signature]_

   Printed Name: _____
   Signature: _____

   Rev. 06/2016

Secretary of State use only

**EXHIBIT C**

IDAHO SECRETARY OF STATE
02/23/2017 05:00
CK:12955156 CT:172099 BH:1570418
1 @ 30.00 = 30.00 ORGAN AMEN #2

W175315

# CERTIFICATE OF ORGANIZATION
# LIMITED LIABILITY COMPANY

Title 30, Chapters 21 and 25, Idaho Code

Filing fee: $100 typed, $120 not typed

Complete and submit the application in **duplicate**.

**FILED EFFECTIVE**

2016 DEC -8 PM 12:27

SECRETARY OF STATE
STATE OF IDAHO

1. The name of the limited liability company is:
   **Metro Finish LLC**

   (Remember to include the words "Limited Liability Company," "Limited Company," or the abbreviations L.L.C., LLC, or LC)

2. The complete street and mailing addresses of the principal office is:
   **12554 w bridger st ste 122 boise id 83713**
   (Street Address)

   (Mailing Address, if different)

3. The name of the registered agent and the street address of the registered agent:

   | **Vasiliy Iyerusalimets** | **12554 w bridger st ste 122 boise id 83713** |
   |---|---|
   | (Name) | (Address cannot be a post office box or postal mail box.) |

4. The name and address of at least one governor of the limited liability company:

   | **Vasiliy Iyerusalimets** | **12554 w bridger st ste 122 boise id 83713** |
   |---|---|
   | (Name) | (Address) |
   | **Mikhail Iyerusalimets** | **12554 w bridger st ste 122boise id 83713** |
   | (Name) | (Address) |
   | (Name) | (Address) |
   | (Name) | (Address) |

5. Mailing address for future correspondence (annual report notices):
   **12554 w bridger st ste 122 boise id 83713**
   (Address)

Signature of organizer(s)

Signature: _[signed]_

Printed Name: Vasiliy Iyerusalimets

Signature: _____

Printed Name: _____

Rev. 11/2015

Secretary of State use only

IDAHO SECRETARY OF STATE
12/08/2016 05:00
CK:CASH CT:332052 BH:1558568
1@ 100.00 = 100.00 ORGAN LLC #2

W175315