Robyn Fyffe ISB# 7063
FYFFE LAW LLC
800 W Main St, Ste 1460
Boise, Idaho 83702
Telephone: (208) 338-5231
Facsimile:  (208) 917-4596
robyn@fyffelaw.com

Brian Pugh
Assistant Federal Public Defender
Las Vegas, Nevada
Brian_Pugh@fd.org
Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BIBIKOV,<br><br>Defendant. | Case No. 1:18-cr-258-BLW-7<br><br>**COUNSEL'S DECLARATION TO SUPPORT MOTION TO SUPPRESS EVIDENCE SEIZED FROM DEVICES 2-15 AND 2-16** |

Robyn Fyffe hereby states that:

1. I am an attorney duly licensed to practice law in the State of Idaho and make the following statements based on personal knowledge. On August 22, 2018, I was appointed to represent David Bibikov as CJA counsel.

2. The search warrant return filed on October 11, 2018 for the small warehouse attached various FBI "Receipt for Property," including a receipt indicating that FBI Agent Sarah Draper seized:

1    COUNSEL'S DECLARATION TO SUPPORT MOTION TO SUPPRESS EVIDENCE SEIZED FROM DEVICES 2-15 AND 2-16

"1. Evidence Item 15: Apple iMac Model A1419, S/N: DCPP8FQMGDQ4" and "2. Evidence Item 16: Alienware laptop, laptop service tag S/N:GB0PR72 and a property receipt reflecting that those devices were released to Bradley Roedel of HSI Boise on August 22, 2018

3. According to an email disclosed in June 2021 as JENCKS-005232, HSI Agent Denning emailed FBI Agent Chris Sheehan on January 17, 2019: "Hey Chris devices that need to be reimaged are 1B283 113 284 and 1B380 Attached is the computer forensics worksheet for your guy It highlights the items where the imaging hard drive failed."

4. In January 2019, the government produced 366,000 pages of unsearchable PDFs, including the poor-quality copies of 156 pages of handwritten forensic reports (REPORTS_HSI-012188 to 012343). The worksheets included one for 2-15 and 2-16A and 2-16B REPORTS_HSI-012234, which do not reflect that the imaging failed.

5. According to an email disclosed in June 2021 as JENCKS-008153, on March 21, 2019 Agent Denning emailed Kate Horwitz, Eric Akers, Brad Thrall and Agent Sheehan that "all" devices at the small warehouse "had the hard drive fail when initially imaged" and that Agent Sheehan was "working on getting them re-imaged." (JENCKS-008153)-forward.

6. On May 24, 2021, the government disclosed 2 forensic imaging reports imaging reports dated July 16, 2019 for Devices 2-15 and 2-16. The worksheet has no initials and is not accompanied with any reports, photos or explanation. REPORTS_HSI-022362

7. According to an email disclosed in June 2021 as JENCKS-004268, Brad Thrall emailed Kate Horwitz and Agent Denning on July 18, 2019 indicating: "Site 2 item 16 is an Alienware Laptop I imaged the large hard drive this week but did not realize it had an additional SSD

2      COUNSEL'S DECLARATION TO SUPPORT MOTION TO SUPPRESS EVIDENCE
       SEIZED FROM DEVICES 2-15 AND 2-16

drive in the form of a add on card until I was making notes on Kristina's spreadsheet I do not have the equipment to image this particular type of drive I have requested the proper hardware from C3 forensic HQ and it is on its way that said I will not be able to complete the imaging of that drive until probably Monday."

8. On July 22, 2019, the government produced a document titled BABICHENKO-336677 and indicating it was the placeholder for device 2-15 "DCPP8FQMGDQY" and this device is listed on the hard drive as 59158-2-16." _The Amazon records do not include sales transactions for Xtreme Mobile LLC or 24hr Electronics, despite significant deposits from Amazon in bank accounts held by these companies.

9. In March 2020, the government produced data allegedly taken from 2-15 and in April 2020 produced data allegedly taken from 2-16, which had some data associated with Mr. Bibikov and other information associated with Gennady Babichenko, who neither associated with Mr. Bibikov outside church or entered the small warehouse. Compare BABICHENKO-336678-002 "owner" information associated with BABICHENKO -336678-003 ichat messages from Gennady.

10. At the pre-trial conference on April 22, 2021, the government asked the defense to stipulate to evidence seized from the devices. I noted concern that 2-15 and 2-16 seemed to have been mixed up and Kate Horwitz emailed on April 23, 2021 indicating "Robyn, as to your question about the note on BABICHENKO-336677: the footnote on the placeholder was simply noting that the hard drive we received from Brad Thrall had a typo on the label. But, as made clear in the forensic imaging worksheets and photographs of 12586 Bridger Street Warehouse, Device

3   COUNSEL'S DECLARATION TO SUPPORT MOTION TO SUPPRESS EVIDENCE
    SEIZED FROM DEVICES 2-15 AND 2-16

59158-2-15 is an Apple iMac bearing serial number DCPP8FQMGDQY, and Device 59158-2-16 is an Alienware Laptop bearing serial number GV0PR72.* The government did not disclose that the devices had been re-imaged.

11. On June 15, 2021, I expressed hesitation signing a stipulation because I had unresolved questions about the imaging process for 2-15 and 2-16. Christian Nafgzer replied:"This stipulation does not prevent you from questioning the imaging process or the extraction process. It simply is a stipulation that the devices were seized from a particular location, initially imaged, and then provided to Brad Thrall, who reimaged the devices before conducting his forensic exam." This was the first mention of re-imaging.

12. In January 2022, the CDA reported that "the forensic image of the device previously identified as 59158-2-15 had been misidentified due to an error in how the image was labelled by the government and that potentially relevant material from the now-correctly labelled 59158-2-15 device was delivered to Casepoint to be loaded on the database.

Dated this 28th day of March, 2022.

/s/ Robyn Fyffe
ROBYN FYFFE

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on March 28, 2022, I filed the foregoing document through the CM/ECF system, which caused the following parties to be served by electronic means:

Katherine L. Horwitz
Christian S. Nafzger
Joshua D. Hurwit
Justin D. Whatcott
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
kate.Horwitz@usdoj.gov
christian.Nafzger@usdoj.gov
joshua.hurwit@usdoj.gov
justin.whatcott@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com

Barry L. Flegenheimer
119 First Avenue South, Suite 500
Seattle, WA 98104
barrylfp@gmail.com
*Attorneys for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

Mike French
BARTLETT & FRENCH PLLP
1002 W. Franklin St.
Boise, Idaho 83702
mike@bartlettfrench.com
*Attorneys for Piotr Babichenko*

5      COUNSEL'S DECLARATION TO SUPPORT MOTION TO SUPPRESS EVIDENCE
            SEIZED FROM DEVICES 2-15 AND 2-16

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com

Bradley Calbo
124 Main Avenue N., Suite 200
P.O. Box 83303-1233
balbo@magicvalleylegal.com
Attorneys for Timofey Babichenko

Jeffrey Brownson
223 North 6th Street, Suite 215
Boise, Idaho 83702
jb@jeffreybrownsonlaw.com
*Attorney for Gennady Babitchenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com

Jay J Kiiha
5700 East Franklin Road, Ste. 200
Nampa, Idaho 83687
jkiiha@whitepeterson.com
*Attorneys for Kristina Babichenko*

Nicole Owens
Melissa Winberg
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
Nicole_Owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com

6   COUNSEL'S DECLARATION TO SUPPORT MOTION TO SUPPRESS EVIDENCE SEIZED FROM DEVICES 2-15 AND 2-16

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorneys for Mikhail Iyerusalimets*

                    /s/  Robyn Fyffe
                    ROBYN FYFFE