UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR PUPKO,<br><br>Defendant. | Case No. 1:18-cr-00258-BLW<br><br>**AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION** |

      On September 25, 2019, Defendant Artur Pupko appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's admission to forfeiture and plea of guilty to the charges contained in Counts 31, 32, and 33 of the Superseding Indictment (Dkt. 210), and that they were entered voluntarily and with full knowledge of the consequences. *See Transcript*, Dkt. 455. The Magistrate Judge issued a Report and Recommendation, to which no party objected. Dkt. 308 This Court subsequently issued an order adopting the Report and Recommendation. Dkt. 311.

      Upon further review, the Court has recognized that both the Report and Recommendation and the order adopting the Report and Recommendation suggest

MEMORANDUM DECISION AND ORDER - 1

that Mr. Pupko plead guilty to Counts 32, 33, and 34. But the hearing transcript and the plea agreement both indicate that Mr. Pupko intended to and in fact did plead guilty to Counts 31, 32, and 33. In fact, while Count 31 contains and allegation against Mr. Pupko, Count 34 concerns his co-defendant.

ACCORDINGLY, IT IS HEREBY ORDERED that the Defendant's plea of guilty to the crimes charged in Counts 31, 32, and 33 of the Superseding Indictment (Dkt. 210) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Artur Pupko is found to be GUILTY ONLY as to the applicable crimes charged in the Superseding Indictment. (Dkt 210). To the extent that this order conflicts with the Court's previous order (Dkt. 311), this order supersedes that order.

DATED: July 25, 2022

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**