# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | Katty Iyerusalimets (+1425<br>Local User <59158-2-15.EX01> |
| Local user | Local User <59158-2-15.EX01> |
| **CONVERSATION DETAILS** | |
| Number of messages | 358 |
| First message sent date/time | 12/16/2015 9:17:45 AM |
| Last message sent date/time | 12/13/2016 6:47:02 PM |
| Case time zone | (UTC) Coordinated Universal Time |



**Katty Iyerusalimets (+14252320    )**   12/16/2015 9:17:45 AM
Hey send me your home address where you live.

**Local User <59158-2-15.EX01>**   12/16/2015 4:14:53 PM
5226 N Rothmans Ave Boise ID 83713

**Katty Iyerusalimets (+14252320    )**   12/25/2015 11:22:27 PM
Mike and Anna. 🖤 Merry Christmas to you and your family. Jesus is born our savior. Thank you very much for the gift :) we love it a lot. 🖤 and we love you too guys 🖤!

**Katty Iyerusalimets (+14252320    )**   2/1/2016 7:25:40 AM
You sleeping ? Sorry forgot you are 1 hour ahead

**Local User <59158-2-15.EX01>**   2/1/2016 6:10:35 PM
Hey what's up?

BABICHENKO-336677-0548

BABICHENKO-336677-0548

**Katty Iyerusalimets (+14252320    )**     2/1/2016 6:16:51 PM

I will call you later I just had a question about shipping labels

**Katty Iyerusalimets (+14252320    )**     2/1/2016 9:36:10 PM



**Katty Iyerusalimets (+14252320    )**     2/1/2016 9:36:19 PM

Are those 4 Samsung the same or 3 same and 1 different?

**Katty Iyerusalimets (+14252320    )**     2/1/2016 9:37:26 PM

On 3 it's says i8190 sIII ceramic white and on one it says S3 blue ??

**Local User <59158-2-15.EX01>**     2/1/2016 9:38:24 PM

It's da
Me just one is blue instead of white

BABICHENKO-336677-0549

BABICHENKO-336677-0549

**Local User <59158-2-15.EX01>**  
Not da me intent to say same  
2/1/2016 9:38:50 PM

**Katty Iyerusalimets (+1425232(**          2/1/2016 11:45:37 PM  
Okey one is blue and 3 is white got it thanks

**Katty Iyerusalimets (+1425232(**     )    2/2/2016 1:35:25 AM  
Call me when you free thanks

**Katty Iyerusalimets (+1425232(**     )    2/2/2016 3:16:30 AM  
Battery for phone model #C811. Casio G'zOne Commando 4G LTE C811 Verizon Android

Heidi  
2053(  
Bucke

**Katty Iyerusalimets (+1425232(**     )    2/2/2016 10:28:12 PM  
Call me when you free

**Katty Iyerusalimets (+1425232**     )    2/3/2016 12:30:36 AM  
I have question

**Local User <59158-2-15.EX01>**  
I'll call you in 30 min  
2/3/2016 12:36:10 AM

**Katty Iyerusalimets (+1425232**     )    2/3/2016 12:37:37 AM  
Ok thanks

BABICHENKO-336677-0550

BABICHENKO-336677-0550

**Katty Iyerusalimets (+142523⎵⎵⎵⎵⎵)**  2/3/2016 3:47:22 AM
:)

**Katty Iyerusalimets (+14252320⎵⎵⎵)**  2/3/2016 6:26:05 PM
Blackberry 9530 Storm.

And don't forget to ship Battery for phone model #C811. Casio G'zOne Commando 4G LTE C811 Verizon Android

Heidi
2053⎵
Bucke⎵

**Katty Iyerusalimets (+1425232⎵⎵⎵⎵)**  2/3/2016 10:29:36 PM
Call me ASAP

**Katty Iyerusalimets (+1425232⎵⎵⎵⎵)**  2/4/2016 10:31:44 PM
?

**Katty Iyerusalimets (+1425232⎵⎵⎵⎵)**  2/12/2016 6:17:58 PM
Hey what the price I should post iPhone 5c on Craigslist ? I have it for 290 or 285. Should I post lower ?

**Local User <59158-2-15.EX01>**  2/12/2016 11:10:59 PM
No lower

**Local User <59158-2-15.EX01>**  2/12/2016 11:11:04 PM
290 is good

**Katty Iyerusalimets (+14252320⎵⎵⎵)**  2/12/2016 11:11:21 PM
Can you call me I have a question

BABICHENKO-336677-0551

BABICHENKO-336677-0551

**Katty Iyerusalimets (+14252320**  2/13/2016 5:35:51 PM
If someone bought 2 chargers how many oz of weight I have to put in? Still 3 or more?

**Katty Iyerusalimets (+1425232**  2/14/2016 8:24:44 AM
Hey some one ordered 3 phones at ones what kind of shipping charges will I use? It won't fit in envelope ? I need to ship in box ? Thank you

**Local User <59158-2-15.EX01>**  2/14/2016 7:22:20 PM
Ya maybe a medium flare rate box

**Katty Iyerusalimets (+14252320     )**  2/14/2016 9:38:17 PM
Do I need to get one at postal office ?

**Katty Iyerusalimets (+142523**  2/14/2016 9:39:29 PM
And the liable just flat rate $5.00 weight 1 lb ? Or more ?for 3 phones

**Katty Iyerusalimets (+142523**  2/15/2016 6:34:31 AM
Hi. Can you reply to me thanks

**Local User <59158-2-15.EX01>**  2/15/2016 8:19:47 AM
No you don't need liability unless it's over $600

**Local User <59158-2-15.EX01>**  2/15/2016 8:20:08 AM
It should fit in folate rate envelope

**Katty Iyerusalimets (+142523     )**  2/15/2016 8:20:24 AM
You not sleeping ?

BABICHENKO-336677-0552

BABICHENKO-336677-0552

**Katty Iyerusalimets (+1425232(**     2/15/2016 8:28:18 AM

Lol I meant to write shipping label not liable. What shipping label I need just flat rate envelope or flat rate small box? How many oz or lb I need to put for 3 phones? I don't think 3 phones will fit in envelope 2 will but not 3 I tried

**Katty Iyerusalimets (+142523:**     2/15/2016 8:29:43 AM

You mean flat rate envelope?

**Katty Iyerusalimets (+1425232**     2/15/2016 8:36:16 AM



**Katty Iyerusalimets (+1425232(**     2/15/2016 8:36:19 AM

Which one do I choose?

**Katty Iyerusalimets (+1425232**     2/16/2016 6:37:27 PM

Can one of you call me when you available? Thanks

BABICHENKO-336677-0553

BABICHENKO-336677-0553

**Katty Iyerusalimets (+14252320**      2/18/2016 6:27:51 PM
Call me

**Katty Iyerusalimets (+1425232**      2/19/2016 10:40:49 PM
Hey Mike call me

**Katty Iyerusalimets (+1425232**      2/20/2016 12:15:07 AM
If a buyer doing an exchange of the phone do they need to ship the phone first and then I will send them another phone or how does it work?

**Katty Iyerusalimets (+1425232**      2/20/2016 12:21:17 AM
Can you call me so I can't reply to a costumer right now and make sure I give her right information

**Local User <59158-2-15.EX01>**      2/20/2016 12:22:07 AM
Ok so customer always needs to return a phone even if it's an exchange

**Katty Iyerusalimets (+142523**      2/20/2016 12:23:38 AM
So return first and the. After they return I ship them new phone?

**Katty Iyerusalimets (+142523**      2/20/2016 12:24:10 AM
Do they need to fill return requests?

**Katty Iyerusalimets (+1425232**      2/20/2016 12:25:14 AM
Do we pay for their shipping cost?

**Local User <59158-2-15.EX01>**      2/20/2016 12:27:55 AM
If it's your fault yes if they just want to exchange cuz they don't like it then they pay

BABICHENKO-336677-0554
BABICHENKO-336677-0554

**Katty Iyerusalimets (+1425232(**      2/20/2016 10:40:11 PM

Call me when you free. I know it's Saturday but I have couple questions .

**Katty Iyerusalimets (+1425232(**      2/22/2016 1:00:00 AM

Please ship new battery for phone Samsung Focus S I937
Address:
Mary
1884
Orlan

**Katty Iyerusalimets (+1425232**      2/22/2016 1:03:05 AM

Ship new battery and charger for Samsung Convoy 3 SCH- U680 Rugged 3 G
Address :
Natolie
6634 B
Bedford

**Katty Iyerusalimets (+1425232       )**      2/22/2016 1:05:24 AM

Ship new battery for Motorola Droid Bionic 4G LTE
Address:
Ashley
6612 R
Fayette

**Katty Iyerusalimets (+14252320     )**      2/23/2016 12:33:34 AM

Call me

**Katty Iyerusalimets (+14252320     )**      2/23/2016 1:12:41 AM

Call me

**Katty Iyerusalimets (+14252320     )**      2/23/2016 8:09:08 AM

BABICHENKO-336677-0555

BABICHENKO-336677-0555



**Katty Iyerusalimets (+14252320**      2/23/2016 8:09:30 AM

Please ship tomorrow two charging cables for Galaxy S5 to

Address:
Kevin
5821
Kings

**Katty Iyerusalimets (+14252320**      2/23/2016 8:09:48 AM

BABICHENKO-336677-0556

BABICHENKO-336677-0556