Thomas B. Dominick, Esq., ISB No. 2908
Dominick Law Offices, PLLC
1112 W. Main St., Suite 303
Boise, Idaho 83702
Telephone (208) 336-2844
Tbdominick@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTUR PUPKO,<br><br>Defendant. | Case No. 1:18-CR-00258-010-BLW<br><br>MOTION TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO DISTRICT COURT LOCAL CRIMINAL RULE 44.1(b). |

Thomas B. Dominick of Dominick Law Offices, PLLC, attorney of record for Defendant Artur Pupko, hereby moves the Court to withdraw as attorney of record for the Defendant pursuant to Rule 44.1(b) of the United States District Court Local Criminal Rules, for the following reason: Counsel will enter Senior Status effective January 1, 2024, will become inactive at that time, and will not be able to provide effective and adequate representation to Artur Pupko in connection with this case or any appeal related thereto. Mr. Pupko's updated financial affidavit has been filed under seal. Also, the effect of any restitution order upon his ability to retain counsel is presently unclear.

WHEREFORE, based on the foregoing, Thomas B. Dominick respectfully requests that he be allowed to withdraw as attorney for Defendant effective immediately, and that a new CJA attorney be appointed to defend this case and any appeal.

DATED this 20th day of December, 2023.

/S/ Thomas B. Dominick
THOMAS B. DOMINICK
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of December, 2023, I served the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and to the Defendant as follows:

| | |
|---|---|
| Artur Pupko | U.S. Mail _____ <br> Facsimile _____ <br> Overnight Mail. _____ <br> CM/ECF _____ <br> Email to arthurpupko@gmail.com |
| Kate Howitz/ William Humphries, AUSA <br> kate.horwitz@usdoj.gov | _____ U.S. Mail <br> _____ Facsimile <br> _____ Overnight Mail <br> __xx__ CM/ECF |
| Paul E. Riggins, Esq. <br> rigginslaw@gmail.com <br><br> Mike French, Esq. <br> mike@bartlettfrench.com <br><br> Rob S. Lewis, Esq. <br> office@roblewislaw.com <br><br> Greg Silvey, Esq. <br> greg@idahoappeals.com <br><br> Robyn A. Fyffe, Esq. <br> robyn@fyffelaw.com <br><br> Brian Pugh, Esq. <br> Brian_Pugh@fd.org <br><br><br> Ellen Nichole Smith, Esq. <br> ellen@smithhorras.com | _____ U.S. Mail <br> _____ Facsimile <br> _____ Overnight Mail <br> __xx__ CM/ECF |

MOTION TO WITHDRAW AS ATTORNEY OF RECORD - Page 2

| Craig Durham, Esq.<br>chd@fergusondurham.com<br><br>Barry L. Flegenheimer, Esq.<br>barrylfp@gmail.com<br><br>John C. DeFranco, Esq.<br>jcd@greyhawklaw.com | |

        /s/ Thomas B. Dominick
        Thomas B. Dominick