U.S. COURTS

FEB 0 6 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

18 - CR - 258

Artur Pupko
1117 W 37th st
Erie, PA 16508
Mobile: 208-809-8184
Case No. 1:18-CR-00258-010-BLW

January 31, 2024

**To: The Honorable Judge B Lynn Winmill**

Your honor, in September of 2023 I completed my 6-month home confinement. In the same month I was approved to move to Erie, PA where I currently reside. I was permitted by my Idaho Probation Officer (Selvedin Mustafic 208-473-8724) to renew/obtain a U.S. Passport. Recently I have received my U.S. Passport. My wife and I would like to plan a vacation soon (February or March of 2024). I inquired my Pennsylvania Probation Officer (Ashley Osborne 814-706-6593) if we can travel to Mexico. She told me that I need to request to travel out of the Country from the sentencing judge. The reason for this letter is to request travel to Mexico. The main reason that we want to go to Mexico specifically is due to the very reasonably priced travel compared to vacationing in the USA. I would like to point out that I have followed all the rules of probation with no violations and have paid all fines that were ordered against me. If this request is approved, I would like to know if I need to inquire of the Judge for future out of country travel aside from this trip or if permission from my Probation Officer is sufficient. I respect your decision and look forward to hearing back about this request.

Sincerely,

Artur Pupko