Artur Pupko
1117 W 37th St
Erie, PA 16508

PITTSBURGH PA 150
31 JAN 2024 PM 8 L

US District Judge B Lynn Winmill
550 W Fort Street, Suite 400
Boise, Idaho 83724

U.S. MARSHALS
District of Idaho
FEB 06 2024
EXAMINED





FOREVER
8991312121049437
USA